UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV 5520

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC., <br><br> Plaintiff, <br><br> v. <br><br> VCG SPECIAL OPPORTUNITIES MASTER FUND LIMITED f/k/a CDO PLUS MASTER FUND LIMITED, <br><br> Defendant. | Case No. 08 CV _____ <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for plaintiff Citigroup Global Markets Inc. ("CGMI") states that no parent corporation or publicly held corporation owns 10% or more of its stock. CGMI is an indirect, wholly owned subsidiary of Citigroup Global Markets Holdings Inc., which is a wholly owned subsidiary of Citigroup Inc.

Citigroup Inc. is a publicly-traded corporation that has no parent corporation. No publicly-held corporation owns 10 percent or more of its stock.

Dated: June 18, 2008
       New York, New York

        Respectfully submitted,

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: _____
                Allan J. Arffa (aarffa@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: 212-373-3203
Facsimile: 212-373-0203

*Attorneys for Citigroup Global Markets Inc.*