AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Citigroup Global Markets, Inc.

V.

VCG Special Opportunities Master Fund Limited
f/k/a CDO Plus Master Fund Limited

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 5520

TO: (Name and address of Defendant)

VCG Special Opportunities Master Fund Limited
Le Masurier House
St. Helier
JE2 4YE
Jersey, Channel Islands

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Allan J. Arffa
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

DATE  JUN 18 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES ||||
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       Date                                    *Signature of Server*

                                        _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VCG SPECIAL OPPORTUNITIES MASTER FUND LIMITED f/k/a CDO PLUS MASTER FUND LIMITED,<br><br>    Defendant. | No. 08 CV 5520 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

Karen R. King, being duly sworn, deposes and says:

1. I am associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys in this matter for plaintiff Citigroup Global Markets Inc.

2. Pursuant to the agreement of counsel, Alan S. Gruber of Dreier LLP accepted service of the following documents on behalf of VCG Special Opportunities Master Fund Limited on June 24, 2008:

      Verified Complaint
      Summons
      Civil Cover Sheet

              _____
              Karen R. King

Sworn to before me this
___7th___ day of July, 2008

_____
Notary Public

AMY AUERBACH
Notary Public, State of New York
No. 01AU4721548
Qualified in New York County
Commission Expires Sept. 3, 2010