Jones/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIGROUP GLOBAL MARKETS INC.,

        Plaintiff,

    -against-

VCG SPECIAL OPPORTUNITIES MASTER
FUND LIMITED f/k/a CDO Plus Master Fund
Limited,

        Defendant.

No. 08 CV 5520 (BSJ)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Citigroup Global Markets Inc., and the attorneys for VCG Special Opportunities Master Fund Limited f/k/a/ CDO Plus Master Fund Limited ("VCG"), that VCG's time to answer, move, or otherwise respond to the Complaint in this action be, and hereby is, extended to and including July 28, 2008.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

{00369422.DOC;}



Dated: New York, New York
       July 8, 2008

| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | DREIER LLP |
|---|---|
| By: /s/ Allan J. Arffa | By: /s/ Joshua H. Epstein |
| Allan J. Arffa | Joshua H. Epstein |
| Karen R. King | Alan S. Gruber |
| 1285 Avenue of the Americas | 499 Park Avenue |
| New York, New York 10019 | New York, New York 10022 |
| (212) 373-3203 | (212) 328-6100 |
| aarffa@paulweiss.com | jepstein@dreierllp.com |
| kking@paulweiss.com | agruber@dreierllp.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED

/s/ Barbara S. Jones
Barbara S. Jones, U.S.D.J.
7/14/08

{00369422.DOC;}