UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIGROUP GLOBAL MARKETS INC.,

    Plaintiff,

-against-

VCG SPECIAL OPPORTUNITIES MASTER FUND LIMITED f/k/a CDO Plus Master Fund Limited,

    Defendant.

No. 08 CV 5520 (BSJ)

**RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant VCG Special Opportunities Master Fund Limited f/k/a CDO Plus Master Fund Limited ("VCG") (a nongovernmental corporate party) certifies that there is no corporation that is a parent corporation of VCG and there is no publicly held corporation that owns 10% or more of VCG stock.

Dated:  New York, New York
        July 23, 2008

DREIER LLP

By: _____
    Joshua H. Epstein (JE 2187)
    Alan S. Gruber (AG 3086)
499 Park Avenue
New York, New York 10022
(212) 328-6100
jepstein@dreierllp.com
agruber@dreierllp.com

*Attorneys for Defendant*

{00372021.DOC;}