UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIGROUP GLOBAL MARKETS INC.,

        Plaintiff,

   -against-

VCG SPECIAL OPPORTUNITIES MASTER
FUND LIMITED f/k/a CDO Plus Master Fund
Limited,

        Defendant.

No. 08 CV 5520 (BSJ)

## DECLARATION OF ALAN S. GRUBER IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Alan S. Gruber, pursuant to 28 U.S.C. § 1746, declares:

1.     I am an associate at the law firm Dreier LLP, attorneys for defendant in the above-captioned action. I am duly admitted to practice in this District. I submit this declaration in opposition to plaintiff's motion for preliminary injunction. I have personal knowledge of the facts set forth herein.

2.     Attached hereto as Exhibit A is a true and correct copy of the relevant excerpts from the Financial Industry Regulatory Authority's ("FINRA") BrokerCheck Report for Citigroup Global Markets Inc. evidencing its membership with FINRA.

3.     Attached hereto as Exhibit B are true and correct copies of FINRA records for Jeff Gapusan, Donald Quentin, and Jaime Aldama reflecting their registration with FINRA and sole employment by CGMI, not Citibank, N.A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July 23, 2008

*/s/ Alan S. Gruber* _____

# EXHIBIT A

Part 1 of 3



**BrokerCheck Report**

# CITIGROUP GLOBAL MARKETS INC.

CRD# 7059

Report #15090-60191 generated on Friday, July 18, 2008.

| Section Title | Page(s) |
|---|---|
| Report Summary | 1 |
| Firm Profile | 2 - 10 |
| Firm History | 11 |
| Firm Operations | 12 - 46 |
| Disclosure of Arbitration Awards, Disciplinary, Financial, and Regulatory Events | 47 - 1586 |
| About this BrokerCheck Report | 1587 |



**Dear Investor:**

FINRA has generated the following BrokerCheck report for CITIGROUP GLOBAL MARKETS INC.. The information contained within this report has been provided by a FINRA brokerage firm(s) and securities regulators as part of the securities industry's registration and licensing process and represents the most current information reported to the Central Registration Depository (CRD®).

FINRA regulates the securities markets for the ultimate benefit and protection of the investor. FINRA believes the general public should have access to information that will help them determine whether to conduct, or continue to conduct, business with a FINRA member. To that end, FINRA has adopted a public disclosure policy to make certain types of information available to you. Examples of information FINRA provides include: regulatory actions, investment-related civil suits, customer disputes that contain allegations of sales practice violations against brokers, all felony charges and convictions, misdemeanor charges and convictions relating to securities violations, and financial events such as bankruptcies, compromises with creditors, judgments, and liens.

When evaluating this report, please keep in mind that it may include items that involve pending actions or allegations that may be contested and have not been resolved or proven. Such items may, in the end, be withdrawn or dismissed, or resolved in favor of the individual broker, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

The information in this report is not the only resource you should consult. FINRA recommends that you learn as much as possible about the individual broker or firm from other sources, such as professional references, local consumer and investment groups, or friends and family members who already have

established investment business relationships.

FINRA BrokerCheck is governed by federal law, Securities and Exchange Commission (SEC) regulations and FINRA rules approved by the SEC. State disclosure programs are governed by state law, and may provide additional information on brokers licensed by the state. Therefore, you should also consider requesting information from your state securities regulator. Refer to www.nasaa.org for a complete list of state securities regulators.

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org

For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

FINRA

# CITIGROUP GLOBAL MARKETS INC.

CRD# 7059

SEC# 8-8177

## Main Office Location

390 - 388 GREENWICH STREET
NEW YORK, NY 10013-2396
Regulated by FINRA New York Office

## Mailing Address

REGISTRATION DEPARTMENT
333 WEST 34TH STREET, 7TH FLOOR
NEW YORK, NY 10001

This firm is a brokerage firm and an investment adviser firm. For more information about investment adviser firms, visit the SEC's Investment Adviser Public Disclosure website at:
http://www.adviserinfo.sec.gov

# Report Summary for this Firm

The report summary provides an overview of the firm's background. The firm and a securities regulator(s) have provided the information contained in this report as part of the securities industry registration and licensing process. More detailed information for this firm can be found in the firm's PDF report. Select "View Full PDF Report" to view the detailed information about this firm. The information contained in this report was last updated by the firm via Uniform Application for Broker-Dealer Registration (Form BD), the Uniform Request for Broker-Dealer Withdrawal (Form BDW), or a securities regulator via a Uniform Disciplinary Action Reporting Form (Form U6) on 07/07/2008.

## Firm Profile

This firm is classified as a corporation.

This firm was formed in New York on 10/15/1998.

Its fiscal year ends in December.

## Firm History

Information relating to the firm's history such as Other Business Names, Other Business, and Successions (e.g., mergers or acquisitions) can be found in the firm's full PDF report.

## Firm Operations

This firm is registered with:

- the SEC
- 11 Self-Regulatory Organizations
- 53 U.S. states and territories

Is this brokerage firm currently suspended with any regulator? **No**

This firm conducts 24 types of businesses.

This firm is affiliated with financial or investment institutions.

This firm does not have referral or financial arrangements with other brokers or dealers.

# Disclosure of Arbitration Awards, Disciplinary, Financial, and Regulatory Events

This section includes details regarding disclosure events reported by or about this firm to CRD as part of the securities industry registration and licensing process. Examples of such disclosure events range from disciplinary actions initiated by regulators to certain criminal charges and/or convictions, to financial disclosures such as bankruptcies, and summary information regarding arbitration awards involving securities and commodities disputes between public customers and FINRA-registered firms.

Are there events disclosed about this firm? **Yes**

The following types of disclosures were reported:

Regulatory Event

Civil Event

Arbitration



User Guidance

www.finra.org/brokercheck

# Firm Profile

This firm is classified as a corporation.

This firm was formed in New York on 10/15/1998.

Its fiscal year ends in December.

## Firm Names and Locations

This section includes details, as reported by the firm on Form BD, regarding the firm's full legal name, business and mailing addresses, the firm's "doing business as" name (i.e., "DBA" name) if different from the full legal name, and any other name by which the firm conducts business and where such name is used.

**CITIGROUP GLOBAL MARKETS INC.**
**Doing business as CITIGROUP GLOBAL MARKETS INC.**

**CRD#** 7059

**SEC#** 8-8177

**Main Office Location**

390 - 388 GREENWICH STREET
NEW YORK, NY 10013-2396
**Regulated by FINRA New York Office**

**Mailing Address**

REGISTRATION DEPARTMENT
333 WEST 34TH STREET, 7TH FLOOR
NEW YORK, NY 10001

**Business Telephone Number**

212-816-6000

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck

**FINRA**

# Firm Profile

This section provides information relating to Direct Owners and Executive Officers as reported by the firm on Form BD.

## Direct Owners and Executive Officers

| | |
|---|---|
| **Legal Name & CRD# (if any):** | CITIGROUP FINANCIAL PRODUCTS INC. |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Position** | 100% SHAREHOLDER |
| **Position Start Date** | 09/1998 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | ARMINE, CYNTHIA ANN |
| | 1049066 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CO-CHIEF COMPLIANCE OFFICER |
| **Position Start Date** | 03/2006 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | No |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BALDAUF, ANDREW JOHN |
| | 1554676 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CHIEF COMPLIANCE OFFICER - INVESTMENT ADVISORY BUSINESSES |
| **Position Start Date** | 12/2005 |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

3



User Guidance

FINRA

www.finra.org/brokercheck
**Firm Profile**

**Direct Owners and Executive Officers (continued)**

| | |
|---|---|
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | No |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | BEGLEY, FRANCIS PATRICK |
| | 1595601 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | SROP |
| Position Start Date | 04/2003 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | No |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | FORESE, JAMES ANTHONY |
| | 1406421 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | DIRECTOR |
| Position Start Date | 03/2008 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | FORESE, JAMES ANTHONY |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

4

User Guidance

finra

www.finra.org/brokercheck
## Firm Profile

## Direct Owners and Executive Officers (continued)

| | |
|---|---|
| | 1406421 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | CHIEF EXECUTIVE OFFICER |
| Position Start Date | 03/2008 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |
| Legal Name & CRD# (if any): | GREENE, EDWARD F. |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | GENERAL COUNSEL - CORPORATE AND INVESTMENT BANKING |
| Position Start Date | 05/2004 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |
| Legal Name & CRD# (if any): | JOHNSTON, CHARLES DEAN |
| | 861838 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | DIRECTOR OF PRIVATE CLIENT GROUP BRANCH SYSTEM - SMITH BARNEY |
| Position Start Date | 04/2007 |
| Percentage of Ownership | Less than 5% |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

5



User Guidance

www.finra.org/brokercheck
## Firm Profile

### Direct Owners and Executive Officers (continued)

| | |
|---|---|
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |
| Legal Name & CRD# (if any): | JOHNSTON, CHARLES DEAN |
| | 861838 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | PRESIDENT AND CEO - SMITH BARNEY GLOBAL PRIVATE CLIENT GROUP |
| Position Start Date | 01/2005 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |
| Legal Name & CRD# (if any): | KLEIN, MICHAEL STUART |
| | 1890478 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | DIRECTOR |
| Position Start Date | 01/2007 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |
| Legal Name & CRD# (if any): | KRAWCHECK, SALLIE LEE |
| | 2269652 |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

FINRA

User Guidance

www.finra.org/brokercheck
**Firm Profile**

## Direct Owners and Executive Officers (continued)

| | |
|---|---|
| Is this a domestic or foreign entity or an individual? | Individual |
| **Position** | CHAIRMAN, CEO - SMITH BARNEY |
| **Position Start Date** | 03/2007 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | KRAWCHECK, SALLIE LEE |
| | 2269652 |
| Is this a domestic or foreign entity or an individual? | Individual |
| **Position** | DIRECTOR |
| **Position Start Date** | 01/2007 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | LAGO, MARIA LOUISE |
| | 4672107 |
| Is this a domestic or foreign entity or an individual? | Individual |
| **Position** | CO-CHIEF COMPLIANCE OFFICER |
| **Position Start Date** | 03/2006 |
| **Percentage of Ownership** | Less than 5% |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

7

User Guidance

finra

www.finra.org/brokercheck
**Firm Profile**

## Direct Owners and Executive Officers (continued)

| | |
|---|---|
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |
| Legal Name & CRD# (if any): | MORGAN BUNDOCK, MICHELLE M |
| | 0002413332 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | CROP |
| Position Start Date | 06/2001 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | No |
| Is this a public reporting company? | No |
| Legal Name & CRD# (if any): | SHARP, MICHAEL JAMES |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | GENERAL COUNSEL - SMITH BARNEY |
| Position Start Date | 03/2003 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |
| Legal Name & CRD# (if any): | TRACY, JAMES JOSEPH |
| | 1005601 |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

8



www.finra.org/brokercheck
## Firm Profile

## Direct Owners and Executive Officers (continued)

| | |
|---|---|
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | EXECUTIVE VICE PRESIDENT - INVESTMENT ADVISORY SERVICES |
| Position Start Date | 08/2007 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |
| Legal Name & CRD# (if any): | VERRON, CLIFF |
| | 4332129 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | CHIEF FINANCIAL OFFICER |
| Position Start Date | 07/2007 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

User Guidance

FINRA

www.finra.org/brokercheck

# Firm Profile

This section provides information relating to Indirect Owners, if any, as reported by the firm on Form BD.

## Indirect Owners

| | |
|---|---|
| **Legal Name & CRD# (if any):** | CITIGROUP GLOBAL MARKETS HOLDINGS INC. |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Company through which indirect ownership is established** | OWNS 100% OF CITIGROUP FINANCIAL PRODUCTS INC. |
| **Relationship to Direct Owner** | 100% SHAREHOLDER |
| **Relationship Established** | 09/1998 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | Yes |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | CITIGROUP INC. |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Company through which indirect ownership is established** | CITIGROUP GLOBAL MARKETS HOLDINGS INC. |
| **Relationship to Direct Owner** | 100% SHAREHOLDER |
| **Relationship Established** | 11/1997 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | Yes |

©2008 FINRA. All rights reserved.     Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck

User Guidance

FINra

# Firm History

This section provides information relating to successions (e.g., mergers or acquisitions), if any, as reported by the firm on Form BD.

· No information reported.

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

User Guidance

**FINRA**

## Firm Operations

### Registrations

This section provides information about the regulators (e.g., U.S. Securities and Exchange Commission (SEC), self-regulatory organizations, states and U.S. territories) that the firm is currently registered and licensed with, the category of each registration, and the date on which the registration status became effective, as well as certain information about the firm's SEC registration.

**This firm is currently registered with the SEC, 11 SROs and 53 U.S. states and territories.**

| Federal Regulator | Status | Date Effective |
|---|---|---|
| SEC | Approved | 01/25/1960 |

### SEC Registration Questions

This firm is registered with the SEC as:

A broker-dealer:    Yes

A broker-dealer and government securities broker or dealer:    Yes

A government securities broker or dealer only:    No

This firm has ceased activity as a government securities broker or dealer:    No

| Self-Regulatory Organization | Status | Date Effective |
|---|---|---|
| FINRA | Approved | 10/16/1936 |
| American Stock Exchange | Approved | 02/25/1988 |
| Boston Stock Exchange | Approved | 01/02/1997 |
| Chicago Board Options Exchange | Approved | 06/17/1981 |
| Chicago Stock Exchange | Approved | 02/02/1986 |
| International Securities Exchange | Approved | 05/25/2000 |
| NASDAQ Stock Market | Approved | 07/12/2006 |
| NYSE Arca, Inc. | Approved | 02/26/1976 |
| National Stock Exchange | Approved | 09/07/1989 |
| New York Stock Exchange | Approved | 11/17/1982 |
| Philadelphia Stock Exchange | Approved | 01/25/1960 |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck

## Firm Operations

**FINRA**

User Guidance

13

### Registrations (continued)

| U.S. States & Territories | Status | Date Effective | U.S. States & Territories | Status | Date Effective |
|---|---|---|---|---|---|
| Alabama | Approved | 10/24/1981 | North Carolina | Approved | 07/15/1982 |
| Alaska | Approved | 11/17/1969 | North Dakota | Approved | 10/21/1981 |
| Arizona | Approved | 02/02/1976 | Ohio | Approved | 07/16/1982 |
| Arkansas | Approved | 01/01/1968 | Oklahoma | Approved | 07/17/1982 |
| California | Approved | 07/28/1999 | Oregon | Approved | 10/24/1981 |
| Colorado | Approved | 02/01/1983 | Pennsylvania | Approved | 05/18/1960 |
| Connecticut | Approved | 05/19/1960 | Puerto Rico | Approved | 09/01/1984 |
| Delaware | Approved | 10/06/1981 | Rhode Island | Approved | 02/01/1983 |
| District of Columbia | Approved | 04/21/1983 | South Carolina | Approved | 10/28/1981 |
| Florida | Approved | 04/27/1983 | South Dakota | Approved | 07/15/1982 |
| Georgia | Approved | 09/22/1981 | Tennessee | Approved | 08/17/1981 |
| Hawaii | Approved | 10/08/1998 | Texas | Approved | 07/25/1983 |
| Idaho | Approved | 01/01/1968 | Utah | Approved | 04/21/1983 |
| Illinois | Approved | 06/09/1960 | Vermont | Approved | 02/15/1984 |
| Indiana | Approved | 10/21/1981 | Virgin Islands | Approved | 04/20/2005 |
| Iowa | Approved | 07/15/1983 | Virginia | Approved | 09/23/1981 |
| Kansas | Approved | 02/01/1976 | Washington | Approved | 04/20/1983 |
| Kentucky | Approved | 07/16/1982 | West Virginia | Approved | 09/30/1981 |
| Louisiana | Approved | 04/20/1983 | Wisconsin | Approved | 01/03/1938 |
| Maine | Approved | 02/14/1984 | Wyoming | Approved | 05/25/1965 |
| Maryland | Approved | 10/03/1981 | | | |
| Massachusetts | Approved | 07/31/1981 | | | |
| Michigan | Approved | 02/03/1983 | | | |
| Minnesota | Approved | 07/15/1982 | | | |
| Mississippi | Approved | 10/14/1981 | | | |
| Missouri | Approved | 07/18/1983 | | | |
| Montana | Approved | 04/20/1983 | | | |
| Nebraska | Approved | 10/09/1981 | | | |
| Nevada | Approved | 07/19/1983 | | | |
| New Hampshire | Approved | 02/02/1983 | | | |
| New Jersey | Approved | 07/18/1983 | | | |
| New Mexico | Approved | 10/07/1981 | | | |
| New York | Approved | 01/02/1985 | | | |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck
User Guidance

FINRA

# Firm Operations

## Types of Business

This section provides the types of business and any other business or other non-securities business the firm is engaged in or is expected to be engaged in as reported by the firm on Form BD.

**This firm currently conducts 24 types of businesses.**

### Types of Business

Exchange member engaged in exchange commission business other than floor activities

Exchange member engaged in floor activities

Broker or dealer making inter-dealer markets in corporation securities over-the-counter

Broker or dealer retailing corporate equity securities over-the-counter

Broker or dealer selling corporate debt securities

Underwriter or selling group participant (corporate securities other than mutual funds)

Mutual fund or underwriter or sponser

Mutual fund retailer

U.S. government securities dealer

U.S. government securities broker

Municipal securities dealer

Municipal securities broker

Broker or dealer selling variable life insurance or annuities

Solicitor of time deposits in a financial institution

Broker or dealer selling oil and gas interests

Put and call broker or dealer or option writer

Broker or dealer selling securities of non-profit organizations (e.g., churches, hospitals)

Investment advisory services

Broker or dealer selling tax shelters or limited partnerships in the secondary market

Trading securities for own account

Private placements of securities

Broker or dealer selling interests in mortgages or other receivables

Broker or dealer involved in a networking, kiosk or similar arrangment with a: bank, savings bank or association, or credit union

Other

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

14

www.finra.org/brokercheck
## Other Types of Business

This firm does affect transactions in commodities, commodity futures, or commodity options.
This firm does engage in other non-securities business.

Non-Securities Business Description:    11B SBHU LIFE AGENCY,INC. AND SUBSIDIARIES ENGAGE IN THE SALE
OF VARIABLE ANNUITY CONTRACTS, VARIABLE LIFE INSURANCE AND
OTHER INSURANCE PRODUCTS.

15

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck
User Guidance

FINRA

## Firm Operations

### Clearing Arrangements

This firm does hold or maintain funds or securities or provide clearing services for other broker-dealer(s).

### Introducing Arrangements

This firm does not refer or introduce customers to other brokers and dealers.

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

16

www.finra.org/brokercheck
User Guidance

FINra

# Firm Operations

## Industry Arrangements

This firm does not have books or records maintained by a third party.

This firm does not have accounts, funds, or securities maintained by a third party.

This firm does not have customer accounts, funds, or securities maintained by a third party.

### Control Persons/Financing

This firm does not have individuals who control its management or policies through agreement.

This firm does not have individuals who wholly or partly finance the firm's business.

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

17

www.finra.org/brokercheck

# Firm Operations

## Organization Affiliates

This section provides information relating to control relationships with entities engaged in the securities, investment advisory, or banking business as reported by the firm on Form BD.

This firm is, directly or indirectly:
- in control of
- controlled by
- or under common control with

the following partnerships, corporations, or other organizations engaged in the securities or investment advisory business.

**AUTOMATED TRADING DESK SERVICE BUREAU, LLC is under common control with the firm.**

| | |
|---|---|
| CRD #: | 139626 |
| Business Address: | 11 EWALL STREET<br>MT. PLEASANT, SC  29464 |
| Effective Date: | 10/03/2007 |
| Foreign Entity: | No |
| Country: | |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | CITIGROUP GLOBAL MARKETS INC. ("CGMI") IS A WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGROUP FINANCIAL PRODUCTS INC. ("CFPI"), A WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGROUP GLOBAL MARKETS HOLDINGS INC. ("CGHMI"). CGHMI IS A WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGROUP INC. AUTOMATED TRADING DESK SERVICE BUREAU, LLC ("ATDSB") IS INDIRECTLY OWNED BY CITIGROUP INC. THE APPLICANT AND ATDSB ARE INDIRECTLY OWNED BY CITIGROUP INC. |

**AUTOMATED TRADING DESK FINANCIAL SERVICES, LLC is under common control with the firm.**

| | |
|---|---|
| CRD #: | 103768 |
| Business Address: | 11 EWALL STREET<br>MT. PLEASANT, SC  29464 |
| Effective Date: | 10/03/2007 |
| Foreign Entity: | No |
| Country: | |
| Securities Activities: | Yes |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

# EXHIBIT A

*Part 2 of 3*

User Guidance

FINra

www.finra.org/brokercheck
# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Investment Advisory Activities:** | No |
| **Description:** | CITIGROUP GLOBAL MARKETS INC. ("CGMI") IS A WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGRUP FINANCIAL PRODUCTS INC. ("CFPI"), A WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGROUP GLOBAL MARKETS HOLDINGS INC. ("CGHMI"). CGHMI IS A WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGROUP INC. AUTOMATED TRADING DESK FINANCIAL SERVICES, LLC ("ATDFS") IS INDIRECTLY OWNED BY CITIGROUP INC. THE APPLICANT AND ATDFS ARE INDIRECTLY OWNED BY CITIGROUP INC. |

**AUTOMATED TRADING DESK BROKERAGE SERVICES, LLC is under common control with the firm.**

| | |
|---|---|
| **CRD #:** | 36000 |
| **Business Address:** | 11 EWALL STREET<br>MT. PLEASANT, SC 29464 |
| **Effective Date:** | 10/03/2007 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | CITIGROUP GLOBAL MARKETS INC. ("CGMI") IS A WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGRUP FINANCIAL PRODUCTS INC. ("CFPI"), A WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGROUP GLOBAL MARKETS HOLDINGS INC. ("CGHMI"). CGHMI IS A DIRECT SUBSIDIARY OF CITIGROUP INC. AUTOMATED TRADING DESK BROKERAGE SERVICES, LLC ("ATDBS") IS INDIRECTLY OWNED BY CITIGROUP INC. BOTH THE APPLICANT AND ATDBS ARE INDIRECTLY OWNED BY CITIGROUP INC. |

**NIKKO CORDIAL SECURITIES is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 3-1, 3-CHOME MATRUNOUCHI<br>CHIYODA-KU<br>TOKYO JAPAN |
| **Effective Date:** | 04/26/2007 |
| **Foreign Entity:** | Yes |
| **Country:** | JAPAN |
| **Securities Activities:** | Yes |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

19

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Investment Advisory Activities:** | Yes |
| **Description:** | CITIGROUP GLOBAL MARKETS INC. ("CGMI") IS A WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGROUP FINANCIAL PRODUCTS INC. ("CFPI"), WHICH IS A WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGROUP GLOBAL MARKETS HOLDINGS INC. ("CGHMI"). CGHMI IS A WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGROUP INC. THE APPLICANT AND NIKKO CORDIAL SECURITIES ARE UNDER COMMON CONTROL OF CFPI, CGHMI OR CITIGROUP INC. |

---

**CITIGROUP WEALTH ADVISORS INDIA PRIVATE LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | BAKHTAWAR, 4TH FLOOR NARIMAN POINT MUMBAI INDIA 400 021 |
| **Effective Date:** | 03/07/2006 |
| **Foreign Entity:** | Yes |
| **Country:** | INDIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

---

**LAVAFLOW, INC. is under common control with the firm.**

| | |
|---|---|
| **CRD #:** | 120444 |
| **Business Address:** | 95 MORTON STREET NEW YORK, NY 10014 |
| **Effective Date:** | 01/11/2006 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**LAVA TRADING, INC. is under common control with the firm.**

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



**Firm Operations**

## Organization Affiliates (continued)

| | |
|---|---|
| **CRD #:** | 133804 |
| **Business Address:** | 95 MORTON STREET<br>NEW YORK, NY 10014 |
| **Effective Date:** | 07/01/2004 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

CITIGROUP DERIVATIVES MARKETS INC. is under common control with the firm.

| | |
|---|---|
| **CRD #:** | 133084 |
| **Business Address:** | 130 CHESHIRE LANE<br>SUITE 102<br>MINNETONKA, MN  55305 |
| **Effective Date:** | 12/10/2004 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

DOM MAKLERSKI BANKU HANDLOWEGO S.A. (POLAND) is under common control with the firm.

| | |
|---|---|
| **Business Address:** | UL SENATORSKA 16<br>WARSAW POLAND |
| **Effective Date:** | 08/28/1994 |
| **Foreign Entity:** | Yes |
| **Country:** | POLAND |
| **Securities Activities:** | Yes |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

User Guidance

**Firm Operations**

User Guidance

FINra

## Organization Affiliates (continued)

| | |
|---|---|
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS REPRESENTACOES LTDA. is under common control with the firm.**

| | |
|---|---|
| Business Address: | AVE. PAULISTA, 1111<br>12TH FLOOR<br>SAO PAULO BRAZIL |
| Effective Date: | 07/24/2001 |
| Foreign Entity: | Yes |
| Country: | BRAZIL |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS (PTY) LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | FIRST FLOOR, GROSVENOR CORNER<br>195 JAN SMUTS AVENUE<br>ROSEBANK 2196, JOHANNESBURG SOUTH AFRICA |
| Effective Date: | 07/02/2001 |
| Foreign Entity: | Yes |
| Country: | SOUTH AFRICA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS POLSKA SP. Z0.0 is under common control with the firm.**

| | |
|---|---|
| Business Address: | WARSAW CORPORATE CENTRE<br>3RD FLOOR<br>UL EMILII PLATER 28 POLAND N/A |
| Effective Date: | 05/01/2000 |
| Foreign Entity: | Yes |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck
**Firm Operations**

FINRA

## Organization Affiliates (continued)

| | |
|---|---|
| Country: | POLAND |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS SINGAPORE MERCHANT BANK LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | 65 CHULIA STREET<br>47-01 OCBC CENTRE<br>SINGAPORE SINGAPORE 049513 |
| Effective Date: | 05/01/2000 |
| Foreign Entity: | Yes |
| Country: | SINGAPORE |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS (GUERNSEY) LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | SARNIA HOUSE<br>LE TRUCHOT<br>ST. PETER PORT GUERNSEY N/A |
| Effective Date: | 05/01/2000 |
| Foreign Entity: | Yes |
| Country: | GUERNSEY |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**NIKKO CITIGROUP LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | AKASAKA PARK BUILDING<br>2-20 AKASAKA 5-CHOME |

©2008 FINRA. All rights reserved.   Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

User Guidance

**FINRA**

www.finra.org/brokercheck
## Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| | MINATO-KU, TOKYO JAPAN 107-6122 |
| **Effective Date:** | 03/01/1999 |
| **Foreign Entity:** | Yes |
| **Country:** | JAPAN |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**SALOMON SMITH BARNEY AUSTRALIA CORPORATE FINANCE PTY LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 225 GEORGE STREET<br>SYDNEY, NSW AUSTRALIA  2000 |
| **Effective Date:** | 09/01/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | AUSTRALIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIBANK PRIVATKUNDEN AG is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | KASERNENSTRASSE 10<br>DUSSELDORF GERMANY N/A |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | GERMANY |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIBANK INTERNATIONAL PLC is under common control with the firm.**

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

24

FINRA ▶ User Guidance

www.finra.org/brokercheck
**Firm Operations**

## Organization Affiliates (continued)

| | |
|---|---|
| **Business Address:** | 336 STRAND<br>LONDON ENGLAND WC2R 1HB |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | ENGLAND |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS CHINA LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 8 CONNAUGHT PLACE, 20TH FLOOR<br>VICTORIA HONG KONG N/A |
| **Effective Date:** | 09/01/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | HONG KONG |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIBANK MALAYSIA (L) LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | JALAN MERDEKA<br>LABUAN, SABAH MALAYSIA  87000 |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | MALAYSIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIBANK ARUBA N.V. is under common control with the firm.**

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

User Guidance

**FINRA**

26

www.finra.org/brokercheck
## Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Business Address:** | ARULEX CENTER<br>PUNTA BRABO<br>ORENJESTAD ARUBA N/A |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | ARUBA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

BANCO CITIBANK S.A. is under common control with the firm.

| | |
|---|---|
| **Business Address:** | AVENIDA PAULISTA, 111<br>SAO PAULO<br>SAO PAULO BRAZIL 01311 |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | BRAZIL |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

CITIBANK CANADA is under common control with the firm.

| | |
|---|---|
| **Business Address:** | 251 FRONT STREET<br>TORONTO, ONTARIO CANADA M5J 2M3 |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | CANADA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |

©2008 FINRA. All rights reserved.　Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

User Guidance

**FINRA**

www.finra.org/brokercheck
## Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIBANK BERHAD is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 28 MEDAN PASAR<br>KUALA LAMPUR MALAYSIA  50050 |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | MALAYSIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIBANK BELGIUM S.A./N.V. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | BOULEVARD GERNRAL JAQUES 263G<br>BRUSSELS BELGIUM  1150 |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | BELGIUM |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIBANK (SWITZERLAND) is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | BAHNHOFSTRASSE 63<br>ZURICH SWITZERLAND  CH-8022 |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | SWITZERLAND |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

28

## Organization Affiliates (continued)

**Description:** SALOMON SMITH BARNEY INC. IS A WHOLLY-OWNED DIRECT SUBSIDIARY OF SALOMON BROTHERS HOLDING COMPANY INC. ("SBHC"), A WHOLLY-OWNED DIRECT SUBSIDIARY OF SALOMON SMITH BARNEY HOLDINGS INC. ("SSBHI"), SSBHI IS A WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGROUP INC. THE AFFILIATED ENTITY IS UNDER COMMON CONTROL OF SBHC, SSBHI, OR CITIGROUP INC.

**CITICORP MERCHANT BANK LIMITED is under common control with the firm.**

**Business Address:** 74 INDEPENDENCE SQUARE
PORT OF SPAIN TRINIDAD & TOBAGO  N/A

**Effective Date:** 10/09/1998

**Foreign Entity:** Yes

**Country:** TRINIDAD & TOBAGO

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

**LATIN AMERICAN INVESTMENT BANK BAHAMAS LIMITED is under common control with the firm.**

**Business Address:** CITIBANK BUILDING
THOMPSON BLVD. & OAKES FIEELD
NASSAU BAHAMAS  N/A

**Effective Date:** 10/08/1998

**Foreign Entity:** Yes

**Country:** BAHAMAS

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

**CITIGROUP GLOBAL MARKETS CANADA INC. is under common control with the firm.**

**Business Address:** 181 BAY STREET
BCE PLACE
TORONTO CANADA  M5J 2T3

**Effective Date:** 09/01/1998

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



User Guidance

www.finra.org/brokercheck
## Firm Operations

## Organization Affiliates (continued)

| Foreign Entity: | Yes |
|---|---|
| Country: | CANADA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**PFSL INVESTMENTS CANADA LTD. is under common control with the firm.**

| Business Address: | 350 BURNHAMTHORPE ROAD WEST SUITE 300 MISSISSAUGA, ONTARIO CANADA  L5N 2R7 |
|---|---|
| Effective Date: | 08/22/1991 |
| Foreign Entity: | Yes |
| Country: | CANADA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**SALOMON SWAPCO INC is under common control with the firm.**

| Business Address: | 388 GREENWICH STREET NEW YORK, NY  10013 |
|---|---|
| Effective Date: | 09/01/1998 |
| Foreign Entity: | No |
| Country: | |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS SINGAPORE PTE. LIMITED is under common control with the firm.**

| Business Address: | 1 TEMESEK AVENUE SINGAPORE SINGAPORE  13192 |
|---|---|

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck
**Firm Operations**

FINRA

User Guidance

30

## Organization Affiliates (continued)

| | |
|---|---|
| **Effective Date:** | 09/01/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | SINGAPORE |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS TAIWAN LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 9TH FLOOR, WAISIN FINANCIAL BLDG., NO. 117 MING SHENG EAST ROAD, SECTION 3 TAIPEI TAIWAN  90646 |
| **Effective Date:** | 09/01/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | TAIWAN |
| **Securities Activities:** | No |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITICORP ADMINISTRADORA DE INVERSIONES S.A. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | MISIONES 1374 MONTEVIDEO URUGUAY  N/A |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | URUGUAY |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITICORP INTERNATIONAL SECURITIES LTD. is under common control with the firm.**

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



www.finra.org/brokercheck
# Firm Operations

User Guidance

## Organization Affiliates (continued)

**Business Address:** HAY'S LANE
LONDON ENGLAND N/A

**Effective Date:** 10/08/1998

**Foreign Entity:** Yes

**Country:** ENGLAND

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

CITICORP SECURITIES INTERNATIONAL (RP) INC. is under common control with the firm.

**Business Address:** AYALA AVENUE
MAKATI PHILIPPINES N/A

**Effective Date:** 10/08/1998

**Foreign Entity:** Yes

**Country:** PHILIPPINES

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

SALOMON SMITH BARNEY SECURITIES (TAIWAN) LIMITED is under common control with the firm.

**Business Address:** 1F NO. 54-3 MING SHENG EAST ROAD
TAIPEI TAIWAN N/A

**Effective Date:** 10/08/1998

**Foreign Entity:** Yes

**Country:** TAIWAN

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

CITISECURITIES LIMITED is under common control with the firm.

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

31

User Guidance

www.finra.org/brokercheck
## Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Business Address:** | 1 MARGARET STREET<br>SYDNEY, NSW AUSTRALIA N/A |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | AUSTRALIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIBROKERAGE S.A. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | U.I. SENATORSKA 12<br>WARSAW POLAND 00 923 |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | POLAND |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**SALOMON SMITH BARNEY AUSTRALIA PTY LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | LEVEL 16, GROSVENOR PLACE<br>225 GEORGE STREET<br>SYDNEY NSW AUSTRALIA 2000 |
| **Effective Date:** | 09/01/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | AUSTRALIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck
**Firm Operations**

FInra

User Guidance

## Organization Affiliates (continued)

**CITICORP TRUST BANK, FSB (TRUST DEPARTMENT) is under common control with the firm.**

| | |
|---|---|
| CRD #: | 108697 |
| Business Address: | 388 GREENWICH STREET<br>NEW YORK, NY 10013 |
| Effective Date: | 12/31/1993 |
| Foreign Entity: | No |
| Country: | |
| Securities Activities: | No |
| Investment Advisory Activities: | Yes |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**SMITH BARNEY STRATEGY ADVISERS INC. is under common control with the firm.**

| | |
|---|---|
| Business Address: | 388 GREENWICH STREET<br>NEW YORK, NY 10013 |
| Effective Date: | 10/22/1986 |
| Foreign Entity: | No |
| Country: | |
| Securities Activities: | No |
| Investment Advisory Activities: | Yes |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**TRIBECA MANAGEMENT, L.L.C. is under common control with the firm.**

| | |
|---|---|
| Business Address: | 388 GREENWICH STREET<br>NEW YORK, NY 10013 |
| Effective Date: | 07/10/1998 |
| Foreign Entity: | No |
| Country: | |
| Securities Activities: | No |
| Investment Advisory Activities: | Yes |

©2008 FINRA. All rights reserved.     Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

33

www.finra.org/brokercheck
**Firm Operations**

User Guidance

FINRA

34

## Organization Affiliates (continued)

**Description:** THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

**ZAO CITIGROUP GLOBAL MARKETS is under common control with the firm.**

**Business Address:** 8-10 GASHEKA STREET
MOSCOW RUSSIA N/A

**Effective Date:** 09/01/1998

**Foreign Entity:** Yes

**Country:** RUSSIA

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

**CITICORP CAPITAL MARKETS SOCIEDAD ANONIMA is under common control with the firm.**

**Business Address:** SAN MARTIN 140
PISO 9
BUENOS AIRES ARGENTINA N/A

**Effective Date:** 10/08/1998

**Foreign Entity:** Yes

**Country:** ARGENTINA

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

**CITICORP INVESTMENT BANK (SINGAPORE) LIMITED is under common control with the firm.**

**Business Address:** 5 SHERITON WAY
UIC BUILDING
SINGAPORE SINGAPORE 06881

**Effective Date:** 10/08/1998

**Foreign Entity:** Yes

**Country:** SINGAPORE

**Securities Activities:** Yes

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

User Guidance

finra

35

www.finra.org/brokercheck
**Firm Operations**

## Organization Affiliates (continued)

| | |
|---|---|
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITICORP INVESTMENTS LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | 1 MARGARET STREET<br>SYDNEY NSW AUSTRALIA  2000 |
| Effective Date: | 10/08/1998 |
| Foreign Entity: | Yes |
| Country: | AUSTRALIA |
| Securities Activities: | No |
| Investment Advisory Activities: | Yes |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS NEW ZEALAND LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | LEVEL 3<br>89 THE TERRACE WELLINGTON<br>WELLINGTON NEW ZEALAND N/A |
| Effective Date: | 09/01/1998 |
| Foreign Entity: | Yes |
| Country: | NEW ZEALAND |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS AUSTRALIA PTY LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | LEVEL 16, GROSVENOR PLACE<br>225 GEORGE STREET<br>SYDNEY NSW AUSTRALIA  2000 |
| Effective Date: | 09/01/1998 |
| Foreign Entity: | Yes |

©2008 FINRA, All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

User Guidance

**finra**

www.finra.org/brokercheck
# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Country:** | AUSTRALIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS ASIA LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | CITIGROUP CENTRE - CITIBANK "K" TOWER, 50TH FLOOR<br>3 GARDEN ROAD<br>HONG KONG HONG KONG  N/A |
| **Effective Date:** | 09/01/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | HONG KONG |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**SALOMON BROTHERS UK LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | VICTORIA PLAZA<br>111 BUCKINGHAM PALACE ROAD<br>LONDON ENGLAND  SW1W 0SB |
| **Effective Date:** | 09/01/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | ENGLAND |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS UK EQUITY LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | VICTORIA PLAZA<br>111 BUCKINGHAM PALACE ROAD<br>LONDON ENGLAND  SW1W 0SB |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

36



User Guidance

**FINRA**

37

www.finra.org/brokercheck
**Firm Operations**

## Organization Affiliates (continued)

| | |
|---|---|
| Effective Date: | 09/01/1998 |
| Foreign Entity: | Yes |
| Country: | ENGLAND |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**SALOMON SMITH BARNEY SA is under common control with the firm.**

| | |
|---|---|
| Business Address: | 7, RUE DE TILSITT<br>PARIS FRANCE 75017 |
| Effective Date: | 09/01/1998 |
| Foreign Entity: | Yes |
| Country: | FRANCE |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS KOREA LTD. is under common control with the firm.**

| | |
|---|---|
| Business Address: | DONG-AH LIFE INSURANCE BUILDING - 3RD FLOOR<br>33, DA-DONG, CHUNG-KU<br>SEOUL KOREA 100-180 |
| Effective Date: | 09/01/1998 |
| Foreign Entity: | Yes |
| Country: | SOUTH KOREA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITICORP VENTURE CAPITAL BERATUNGS GESELLSCHAFT MBH is under common control with the firm.**

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Business Address:** | NEUE MAINZER STRASSE 75<br>FRANKFURT GERMANY 60311 |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | GERMANY |
| **Securities Activities:** | No |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIBANK MERCADO DE CAPITALES, CITIMERCA CASA DE BOLSA is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | EDIFICIO CITIBANK<br>CARMELITAS<br>ALTAGRACIA, CARACAS VENEZUELA 1010A |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | VENEZUELA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIVERSIONES, S.A. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | A.V. REFORMA 15-45<br>GUATEMALA CITY GUATEMALA ZONA 10 |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | GUATEMALA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

User Guidance

FINRA



www.finra.org/brokercheck
**Firm Operations**

## Organization Affiliates (continued)

**CITICORP VALORES S.A. SOCIEDAD DE BOLSA is under common control with the firm.**

| | |
|---|---|
| Business Address: | BARTOLOME MITRE 530<br>5TH FLOOR<br>BUENOS AIRES ARGENTINA N/A |
| Effective Date: | 10/08/1998 |
| Foreign Entity: | Yes |
| Country: | ARGENTINA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIVALORES S.A. is under common control with the firm.**

| | |
|---|---|
| Business Address: | VIA ESPANA 124<br>PANAMA CITY PANAMA N/A |
| Effective Date: | 10/08/1998 |
| Foreign Entity: | Yes |
| Country: | PANAMA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIVALORES PUESTO DE BOLSA S.A. is under common control with the firm.**

| | |
|---|---|
| Business Address: | OFICENTRO EJECUTIVO LA SABANA, EDIFICIO 3<br>PRIMER PISO DETRAS DE LA CONTRALORIA<br>SABANA SUR, SAN JOSE COSTA RICA N/A |
| Effective Date: | 10/08/1998 |
| Foreign Entity: | Yes |
| Country: | COSTA RICA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck
**Firm Operations**

FINTA

## Organization Affiliates (continued)

**Description:**                THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

**CITIVALORES S.A. COMISIONISTA DE BOLSA is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | CARRERA 9 A NO. 99-02<br>PISO 2<br>BOGOTA COLOMBIA N/A |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | COLOMBIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**P.T. CITICORP SECURITIES INDONESIA is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | LANDMARK CENTRE, TOWER A<br>6TH FLOOR<br>JI JENDRAL SUDIRMAN NO. 1 JAKARTA  12910 |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | INDONESIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITICORP INTERNATIONAL LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | CITIBANK PLAZA<br>3 GARDEN ROAD, 48TH FLOOR<br>CENTRAL HONG KONG  N/A |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | HONG KONG |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

40

# EXHIBIT A

Part 3 of 3

User Guidance

**FINRA**

41

www.finra.org/brokercheck
**Firm Operations**

## Organization Affiliates (continued)

| | |
|---|---|
| Securities Activities: | No |
| Investment Advisory Activities: | Yes |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIBANK DISTRIBUIDORA DE TITULOS E VALORES MOBILIARIOS S.A. is under common control with the firm.**

| | |
|---|---|
| Business Address: | AVENIDA PAULISTA<br>2ND FLOOR<br>SAO PAULO SP BRAZIL  1111 |
| Effective Date: | 10/08/1998 |
| Foreign Entity: | Yes |
| Country: | BRAZIL |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS BRASIL CCTVM SA is under common control with the firm.**

| | |
|---|---|
| Business Address: | AVENIDA PAULISTA<br>SAO PAULO BRAZIL  1111 |
| Effective Date: | 10/08/1998 |
| Foreign Entity: | Yes |
| Country: | BRAZIL |
| Securities Activities: | Yes |
| Investment Advisory Activities: | Yes |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITITRADING S.A. CASA DE VALORES is under common control with the firm.**

| | |
|---|---|
| Business Address: | AVENIDA JUAN LEON MERA 130<br>Y AVENIDA PATRIA<br>QUITO EQUADOR  1393 |
| Effective Date: | 10/08/1998 |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck

**Firm Operations**

## Organization Affiliates (continued)

| | |
|---|---|
| Foreign Entity: | Yes |
| Country: | EQUADOR |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITICORP SECURITIES WEST AFRICA is under common control with the firm.**

| | |
|---|---|
| Business Address: | 28 AVENUE DALA FOSSE |
| | ABIDJAN IVORY COAST 01 |
| Effective Date: | 10/08/1998 |
| Foreign Entity: | Yes |
| Country: | IVORY COAST |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITICORP CAPITAL PHILLIPPINES, INC. is under common control with the firm.**

| | |
|---|---|
| Business Address: | CITIBANK TOWER |
| | 8741 PASEO DE ROXAS |
| | MAKATI PHILLIPPINES N/A |
| Effective Date: | 10/08/1998 |
| Foreign Entity: | Yes |
| Country: | PHILLIPPINES |
| Securities Activities: | Yes |
| Investment Advisory Activities: | Yes |
| Description: | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITINVERSIONES DE TITULOS Y VALORES (PUESTO DE BOLSA) S.A. is under common control with the firm.**

| | |
|---|---|
| Business Address: | JOHN F. KENNEDY BOULEVARD NO. 1 |
| | SANTO DOMINGO DOMINICAN REPUBLIC N/A |

©2008 FINRA. All rights reserved.   Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



www.finra.org/brokercheck

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | DOMINICAN REPUBLIC |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITICORP PERU S.A. SOCIEDAD AGENTE DE BOLSA is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | AVENIDA CAMINO REAL 456<br>TORRE REAL, PISO 5 OF 503<br>SAN ISIDRO, LIMA PERU N/A |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | PERU |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITICORP SECURITIES SERVICES, INC. is under common control with the firm.**

| | |
|---|---|
| **CRD #:** | 15387 |
| **Business Address:** | 390 GREENWICH STREET<br>NEW YORK, NY 10013 |
| **Effective Date:** | 10/08/1998 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

**CITIGROUP GLOBAL MARKETS DEUTSCHLAND AG is under common control with the firm.**

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

User Guidance

**FINRA**

44

www.finra.org/brokercheck
## Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Business Address:** | FRANKFURTER WELLE<br>REUTERWEG 16<br>FRANKFURT GERMANY 60323 |
| **Effective Date:** | 11/28/1997 |
| **Foreign Entity:** | Yes |
| **Country:** | GERMANY |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

CITIGROUP GLOBAL MARKETS LIMITED is under common control with the firm.

| | |
|---|---|
| **Business Address:** | CANADA SQUARE<br>CANARY WHARF<br>LONDON ENGLAND  E14 5LB |
| **Effective Date:** | 11/28/1997 |
| **Foreign Entity:** | Yes |
| **Country:** | ENGLAND |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT. |

SALOMON BROTHERS ASSET MANAGEMENT LIMITED is under common control with the firm.

| | |
|---|---|
| **Business Address:** | VICTORIA PLAZA<br>111 BUCKINGHAM PALACE ROAD<br>LONDON ENGLAND  SW1W 0SB |
| **Effective Date:** | 11/28/1997 |
| **Foreign Entity:** | Yes |
| **Country:** | ENGLAND |
| **Securities Activities:** | No |
| **Investment Advisory Activities:** | Yes |

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



FINRA

www.finra.org/brokercheck
**Firm Operations**

## Organization Affiliates (continued)

**Description:** THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

**PFS INVESTMENTS INC. is under common control with the firm.**

**CRD #:** 10111

**Business Address:** 3120 BRECKINRIDGE BLVD.
DULUTH, GA 30199

**Effective Date:** 12/01/1988

**Foreign Entity:** No

**Country:**

**Securities Activities:** Yes

**Investment Advisory
Activities:** No

**Description:** THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

**CITISTREET ADVISORS LLC is under common control with the firm.**

**CRD #:** 3989

**Business Address:** TWO TOWER CENTER
EAST BRUNSWICK, NJ 08816

**Effective Date:** 11/28/1997

**Foreign Entity:** No

**Country:**

**Securities Activities:** Yes

**Investment Advisory
Activities:** No

**Description:** THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

**CITICORP FINANCIAL SERVICES CORPORATION is under common control with the firm.**

**CRD #:** 17053

**Business Address:** 1 CITIBANK DRIVE
CITIBANK BUILDING - 3RD FLOOR
SAN JUAN, PR 00926

**Effective Date:** 10/08/1998

**Foreign Entity:** No

©2008 FINRA. All rights reserved. Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

**Firm Operations**

**User Guidance**

**finra**

46

## Organization Affiliates (continued)

**Country:**

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT.

**This firm is directly or indirectly, controlled by the following:**
- bank holding company
- national bank
- state member bank of the Federal Reserve System
- state non-member bank
- savings bank or association
- credit union
- or foreign bank

**CITIBANK, N.A. is a National Bank and controls the firm.**

**Business Address:** 399 PARK AVENUE
NEW YORK, NY 10043

**Effective Date:** 10/08/1998

**Description:** CITIGROUP GLOBAL MARKETS INC. IS A WHOLLY-OWNED DIRECT
SUBSIDIARY OF CITIGROUP FINANCIAL PRODUCTS INC, ("CFPI"), A
WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGROUP GLOBAL MARKETS
HOLDINGS INC. (CGMHI"), CGMHI IS A WHOLLY-OWNED DIRECT
SUBSIDIARY OF CITIGROUP INC. THE AFFILIATED ENTITY AND THE
APPLICANT ARE UNDER COMMON CONTROL IF CITIGROUP INC.

**CITIGROUP INC. is a Bank Holding Company and controls the firm.**

**Business Address:** 153 EAST 53RD STREET
NEW YORK, NY 10043

**Effective Date:** 10/08/1998

**Description:** CITIGROUP GLOBAL MARKETS INC. IS A WHOLLY-OWNED DIRECT
SUBSIDIARY OF CITIGROUP FINANICAL PRODUCTS INC, ("CFPI"), A
WHOLLY-OWNED DIRECT SUBSIDIARY OF CITIGROUP GLOBAL MARKETS
HOLDINGS ("CGMHI"), CGMHI IS A WHOLLY-OWNED DIRECT OF
SUBSIDIARY OF CITIGROUP INC.

©2008 FINRA. All rights reserved.     Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



User Guidance

FINRA

# Disclosure of Arbitration Awards, Disciplinary, Financial, and Regulatory Events

Firms are required to answer a series of disclosure questions on Form BD and provide the corresponding details to any reported events as part of the securities industry registration and licensing process. The disclosure questions concern criminal and regulatory events, civil actions, and certain financial disclosures such as bankruptcy or liquidation proceedings filed within the past ten years, bond actions and unpaid judgments and liens. The firm must answer either "yes" or "no" to each question as it applies to the firm itself or to any of its control affiliates (i.e., an individual, partnership, corporation, trust, or other organization that directly or indirectly controls, is under common control with, or is controlled by the firm). This section lists the various disclosure questions and their corresponding answers as reported by the firm on Form BD.



Possible multiple reporting sources --
please note:

Disclosure event details may be reported by more than one source (i.e., regulator or firm). When this occurs, all versions of the reported event will appear in the firm's BrokerCheck report. The different versions of the same reported disclosure event are separated by a solid line with the reporting source clearly labeled.

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Regulatory Event | 1 | 282 | 0 |
| Civil Event | 0 | 2 | 0 |
| Arbitration | N/A | 1417 | N/A |

©2008 FINRA. All rights reserved.     Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



www.finra.org/brokercheck

## Disclosure Event Details

This section provides the specific details for each disclosure event, as reported by the firm on Form BD, that correspond with any 'yes' answers to the various Form BD disclosure questions. It also includes summary information regarding arbitration awards in cases where the firm was named as a respondent in the arbitration proceeding, if any.

Nothing will be displayed in this section of the firm's BrokerCheck Report when the firm has no reported disclosure information.

If the firm does have reported disclosure events, please keep the following in mind when evaluating the disclosure event details. Items may involve pending actions or allegations that may be contested and have not been resolved or proven. The items may, in the end, be withdrawn or dismissed, or resolved in favor of the firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD by the firm and/or by securities industry regulators. Some of the specific data fields contained in this section of the report may be blank if the information was not provided to CRD.

Disclosure event details may be reported by more than one source (i.e., regulator and firm). When this occurs, all versions of the reported event will appear in the firm's BrokerCheck report. A solid line separates the different versions of the same reported disclosure event with the reporting source clearly labeled (e.g., Source:Firm or Source:Regulator).

**Regulatory - Final**

This section provides information regarding any final, regulatory action as reported by the firm and/or a securities regulator to CRD as part of the securities industry registration and licensing process. Such event may include a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, a self-regulatory organization, a federal regulator such as the U.S. Securities and Exchange Commission (SEC) or the Commodity Futures Trading Commission (CFTC), or a foreign financial regulatory body) for a violation of investment-related rules or regulations. In addition, a revocation or suspension of the authority of a firm's control affiliate to act as an attorney, accountant or federal contractor, if any, will appear here.

**Disclosure 1 of 282**

**Reporting Source:**    Regulator

**Current Status:**    Final

**Allegations:**    NASD RULE 1050 AND 2110: FROM APRIL 2005 THROUGH DECEMBER 2006 RESPONDENT FIRM PERMITTED NEARLY 300 FOREIGN-BASED RESEARCH ANALYSTS ASSOCIATED WITH THE FIRM TO PUBLISH RESEARCH WITHOUT FIRST OBTAINING REQUIRED SERIES 86 AND 87 QUALIFICATIONS OR AN EXEMPTION. AS PERMITTED UNDER RULE 1050, RESPONDENT FIRM APPLIED FOR AND OBTAINED A ONE-YEAR GRACE PERIOD FOR EACH OF ITS RESEARCH ANALYSTS, INCLUDING ITS NON-U.S. RESEARCH ANALYSTS TO TAKE AND PASS THE SERIES 86 AND

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

User Guidance



www.finra.org/brokercheck

User Guidance

49

**Initiated By:** FINRA

**Date Initiated:** 07/01/2008

**Docket/Case Number:** 2005002206101

**Principal Product Type:** No Product

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 07/01/2008

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $650,000.00

**Other Sanctions Ordered:**

**Sanction Details:** WITHOUT ADMITTING OR DENYING THE FINDINGS, RESPONDENT MEMBER FIRM CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS; THEREFORE, FIRM IS CENSURED AND FINED $650,000.

87 EXAMINATION, HOWEVER, THE FIRM DID NOT HAVE ITS ASSOCIATED NON US RESEARCH ANALYST, WITH THE EXEMPTION OF THOSE RESIDING IN MEXICO, TAKE EXAMINATIONS. ACCORDINGLY, THE FIRM WAS IN VIOLATION OF RULE 1050 BY ALLOWING ITS ASSOCIATED NON-US RESEARCH ANALYSTS TO PUBLISH RESEARCH WITHOUT FIRST OBTAINING SERIES 86 AND 87 QUALIFICATIONS. THE FIRM DID NOT SATISFIED THE CONDITIONS FOR A LIMITED SAFE HARBOR IN SEVEN FOREIGN JURISDICTIONS, YET PERMITTED ASSOCIATED ANALYSTS IN THESE JURISDICTIONS TO PUBLISH RESEARCH.

**Disclosure 2 of 282**

**Reporting Source:** Regulator

**Current Status:** Final

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



www.finra.org/brokercheck

User Guidance

50

**Allegations:** NASD RULES 2110, 3011(B) AND MSRB RULE G-41 - THE CUSTOMER IDENTIFICATION PROGRAM THE FIRM UTILIZED WAS INADEQUATE IN THAT CERTAIN ACCOUNTS WERE NOT SUBJECTED TO AN ADEQUATE CUSTOMER IDENTIFY VERIFICATION PROCESS AT THE ACCOUNT OPENING STAGE.

**Initiated By:** FINRA

**Date Initiated:** 06/20/2008

**Docket/Case Number:** E10200500 88 01

**Principal Product Type:** No Product

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 06/20/2008

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $100,000.00

**Other Sanctions Ordered:**

**Sanction Details:** WITHOUT ADMITTING OR DENYING THE FINDINGS, CITIGROUP GLOBAL MARKETS INC., CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS, THEREFORE, THE FIRM IS CENSURED AND FINED $100,000.

**Disclosure 3 of 282**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** **3/20/08** STIPULATION OF FACTS AND CONSENT TO PENALTY FILED BY NYSE REGULATION'S DIVISION OF ENFORCEMENT AND PENDING. 1) VIOLATED NYSE RULE 123(E) AND NYSE RULE

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck



User Guidance

FIЛГа

51

123(F) IN THAT ON THOUSANDS OF OCCASIONS THE FIRM FAILED TO PROVIDE CERTAIN REQUIRED DATA NEEDED TO LINK THE ENTRY OF ORDERS WITH REPORTS OF EXECUTION IN THE FRONT END SYSTEMIC CAPTURE SYSTEM; AND 2) VIOLATED NYSE RULE 342 IN THAT THE FIRM FAILED TO IMPLEMENT ADEQUATE CONTROLS, INCLUDING A SEPARATE SYSTEM OF FOLLOW-UP AND REVIEW, REASONABLY DESIGNED TO FULLY REMEDIATE THE FIRM'S ORDER MANAGEMENT SYSTEM TO MEET NYSE TECHNICAL SPECIFICATIONS IN A TIMELY MANNER AND THEREBY PREVENT VIOLATIONS OF NYSE RULE 123(E) AND NYSE RULE 123(F). STIPULATED SANCTION:   CENSURE AND FINE IN THE AMOUNT OF $100,000.

**Initiated By:** NEW YORK STOCK EXCHANGE DIVISION OF ENFORCEMENT

**Date Initiated:** 03/20/2008

**Docket/Case Number:** HBD# 08-15

**Principal Product Type:** Other

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision

**Resolution Date:** 04/18/2008

**Sanctions Ordered:** Censure
Monetary/Fine $100,000.00

**Other Sanctions Ordered:**

**Sanction Details:** **3/24/08** DECISION NO. 08-15 ISSUED BY NYSE HEARING BOARD. DECISION: VIOLATED NYSE RULES 123(E) AND 123(F) BY FAILING TO PROVIDE CERTAIN REQUIRED DATA NEEDED TO LINK ENTRY OF ORDERS WITH REPORTS OF EXECUTION IN FRONT END SYSTEMIC CAPTURE SYSTEM; VIOLATED NYSE RULE 342 BY FAILING TO IMPLEMENT ADEQUATE CONTROLS, INCLUDING SEPARATE SYSTEM OF FOLLOW-UP AND REVIEW, REASONABLY DESIGNED TO FULLY REMEDIATE FIRM'S ORDER MANAGEMENT SYSTEM TO MEET NYSE TECHNICAL SPECIFICATIONS IN TIMELY MANNER AND THEREBY PREVENT VIOLATIONS OF NYSE RULE 123(E) AND NYSE RULE 123(F) - CONSENT TO CENSURE AND $100,000 FINE.

**Summary:** **4/29/08** THE DECISION BECAME FINAL AS OF THE CLOSE OF BUSINESS ON APRIL 18, 2008 AND THE FINE BECAME PAYABLE ON THAT SAME DATE.

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



User Guidance

52

www.finra.org/brokercheck

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** 4/18/2008 -STIPULATION OF FACTS AND CONSENT TO PENALTY FILED BY NYSE REGULATION'S DIVISION OF ENFORCEMENT. 1) VIOLATED NYSE RULE 123(E) AND NYSE RULE 123(F) IN THAT THE FIRM FAILED TO PROVIDE CERTAIN REQUIRED DATA NEEDED TO LINK THE ENTRY OF ORDERS WITH REPORTS OF EXECUTION IN THE FRONT END SYSTEMIC CAPTURE SYSTEM; AND 2) VIOLATED NYSE RULE 342 IN THAT THE FIRM FAILED TO IMPLEMENT ADEQUATE CONTROLS, INCLUDING A SEPARATE SYSTEM OF FOLLOW-UP AND REVIEW, REASONABLY DESIGNED TO FULLY REMEDIATE THE FIRM'S ORDER MANAGEMENT SYSTEM TO MEET NYSE TECHNICAL SPECIFICATIONS IN A TIMELY MANNER AND THEREBY PREVENT VIOLATIONS OF NYSE RULE 123(E) AND NYSE RULE 123(F). STIPULATED SANCTION: CENSURE AND FINE IN THE AMOUNT OF $100,000.

**Initiated By:** NEW YORK STOCK EXCHANGE DIVISION OF ENFORCEMENT

**Date Initiated:** 04/18/2008

**Docket/Case Number:** HBD# 08-15

**Principal Product Type:** Other

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Censure

**Other Sanction(s)/Relief Sought:** FINE - $100,000

**Resolution:** Stipulation and Consent

**Resolution Date:** 04/18/2008

**Sanctions Ordered:** Censure
Monetary/Fine $100,000.00

**Other Sanctions Ordered:**

**Sanction Details:** FINAL DECISION- NO. 08-15 ISSUED BY NYSE HEARING BOARD. DECISION: VIOLATED NYSE RULES 123(E) AND 123(F) BY FAILING TO PROVIDE CERTAIN REQUIRED DATA NEEDED TO LINK ENTRY OF ORDERS WITH REPORTS OF EXECUTION IN FRONT END SYSTEMIC CAPTURE SYSTEM; VIOLATED NYSE RULE 342 BY FAILING TO IMPLEMENT ADEQUATE CONTROLS, INCLUDING SEPARATE SYSTEM OF FOLLOW-UP AND REVIEW, REASONABLY DESIGNED TO FULLY REMEDIATE FIRM'S ORDER MANAGEMENT SYSTEM TO MEET NYSE TECHNICAL SPECIFICATIONS IN

©2008 FINRA. All rights reserved.     Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck

User Guidance

FINra

53

| | |
|---|---|
| **Summary:** | TIMELY MANNER AND THEREBY PREVENT VIOLATIONS OF NYSE RULE 123(E) AND NYSE RULE 123(F) - CONSENT TO CENSURE AND $100,000 FINE. |
| **Disclosure 4 of 282** | |
| **Reporting Source:** | 04/18/2008 - DECISION FINAL |
| **Current Status:** | Firm |
| **Allegations:** | Final |
| | ALLEGED VIOLATION BY LEGG MASON WOOD WALKER INC. ("LMWW"), PREDECESSOR BY MERGER TO CITIGROUP GLOBAL MARKET'S INC. ("CGMI"), OF NYSE RULE 401(A) DUE TO THE FAILURE TO ENSURE DELIVERY OF PROSPECTUSES IN CONNECTION WITH CERTAIN SALES OF REGISTERED SECURITIES IN VIOLATION OF SECTION 5(B)(2) OF THE SECURITIES ACT OF 1933 DURING THE TIME PERIOD OF JULY 1, 2003 THROUGH OCTOBER 31, 2004 ("THE "RELEVANT PERIOD"); ALLEGED VIOLATION BY LMWW OF NYSE RULE 1100(B) BY FAILING TO DELIVER PRODUCT DESCRIPTIONS TO CERTAIN CUSTOMERS THAT PURCHASED CERTAIN EXCHANGE TRADED FUNDS DURING THE RELEVANT PERIOD; ALLEGED VIOLATION BY LMWW OF NYSE RULE 342 BY FAILING TO PROVIDE FOR, ESTABLISH AND MAINTAIN APPROPRIATE PROCEDURES OF SUPERVISION AND CONTROL RELATING TO THE DELIVERY OF PRODUCT DESCRIPTIONS AND PROSPECTUSES DURING THE RELEVANT PERIOD. |
| **Initiated By:** | NEW YORK STOCK EXCHANGE LLC |
| **Date Initiated:** | 09/07/2007 |
| **Docket/Case Number:** | NYSE HEARING BOARD DECISION 07-118 |
| **Principal Product Type:** | Mutual Fund(s) |
| **Other Product Type(s):** | EQUITIES |
| **Principal Sanction(s)/Relief Sought:** | Censure |
| **Other Sanction(s)/Relief Sought:** | FINE IN THE AMOUNT OF $500,000 |
| **Resolution:** | Stipulation and Consent |
| **Resolution Date:** | 10/02/2007 |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $500,000.00 |

©2008 FINRA. All rights reserved.    Report #15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck



User Guidance

54

**Other Sanctions Ordered:**

**Sanction Details:** CGMI CONSENTED TO THE IMPOSITION OF A CENSURE AND A FINE IN THE AMOUNT OF $500,000.

**Summary:** WITHOUT ADMITTING OR DENYING THE ALLEGATIONS AND SOLELY FOR THE PURPOSES OF THIS PROCEEDING AND ANY OTHER PROCEEDING BROUGH BY OR ON BEHALF OF THE NEW YORK STOCK EXCHANGE LLC, OR TO WHICH THE NEW YORK STOCK EXCHANGE LLC IS A PARTY, PRIOR TO HEARING AND WITHOUT AN ADJUDICATION OF ANY ISSUES OF LAW OR FACT CGMI CONSENTED TO A CENSURE AND A FINE IN THE AMOUNT OF $500,000.

---

**Disclosure 5 of 282**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** **6/29/07**STIPULATION AND CONSENT TO PENALTY FILED BY NYSE REGULATION'S DIVISION OF ENFORCEMENT AND PENDING CONSENTED TO FINDINGS;WITHOUT ADMITTING OR DENYING GUILT, CITIGROUP GLOBAL MARKETS INC. CONSENTS TO FINDINGS THAT IT VIOLATED:1. NYSE RULE 401(A) BY FAILING TO ADHERE TO THE PRINCIPLES OF GOOD BUSINESS PRACTICE AND ENGAGING IN CONDUCT INCONSISTENT WITH JUST AND EQUITABLE PRINCIPLES OF TRADE, RESPECTIVELY, BY FAILING TO:A. ENSURE THE DELIVERY OF PROSPECTUSES IN CONNECTION WITH CERTAIN SALES OF REGISTERED SECURITIES IN VIOLATION OF SECTION 5(B)(2) OF THE SECURITIES ACT OF 1933; AND B. DELIVER TRADE CONFIRMATIONS TO CERTAIN CUSTOMERS.2. NYSE RULE 1100(B) BY FAILING TO DELIVER PRODUCT DESCRIPTIONS TO CUSTOMERS THAT PURCHASED EXCHANGE TRADED FUNDS; 3. RULE 10B-10 OF THE SECURITIES EXCHANGE ACT OF 1934 BY FAILING TO PROVIDE FIRM CUSTOMERS WITH CONFIRMATIONS FOR CERTAIN SECURITIES TRANSACTIONS; AND 4. NYSE RULE 342 BY FAILING TO PROVIDE FOR, ESTABLISH AND MAINTAIN APPROPRIATE PROCEDURES OF SUPERVISION AND CONTROL INCLUDING A SYSTEM OF FOLLOW-UP AND REVIEW WITH RESPECT TO ITS OPERATIONAL AND TECHNOLOGICAL ACTIVITIES RELATING TO THE DELIVERY OF:A. PRODUCT DESCRIPTIONS AND PROSPECTUSES; AND B. TRADE CONFIRMATIONS.
**CONTINUED AT 13C**

**Initiated By:** NEW YORK STOCK EXCHANGE DIVISION OF ENFORCEMENT

**Date Initiated:** 06/29/2007

**Docket/Case Number:** HPD 07-143

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

User Guidance

**FINRA**

55

| | |
|---|---|
| **Principal Product Type:** | Other |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Decision |
| **Resolution Date:** | 10/04/2007 |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $2,250,000.00 |
| **Other Sanctions Ordered:** | CONSENT TO CENSURE, $2,250,000 FINE AND UNDERTAKING. |
| **Sanction Details:** | **9/7/07**DECISION 07-143 ISSUED BY NYSE HEARING BOARD DECISION:CITIGROUP GLOBAL MARKETS INC. CONSENTED TO FINDINGS THAT IT VIOLATED:1. NYSE RULE 401(A) BY FAILING TO ADHERE TO THE PRINCIPLES OF GOOD BUSINESS PRACTICE AND ENGAGING IN CONDUCT INCONSISTENT WITH JUST AND EQUITABLE PRINCIPLES OF TRADE, RESPECTIVELY, BY FAILING TO:A. ENSURE THE DELIVERY OF PROSPECTUSES IN CONNECTION WITH CERTAIN SALES OF REGISTERED SECURITIES IN VIOLATION OF SECTION 5(B)(2) OF THE SECURITIES ACT OF 1933; ANDB. DELIVER TRADE CONFIRMATIONS TO CERTAIN CUSTOMERS.2. NYSE RULE 1100(B) BY FAILING TO DELIVER PRODUCT DESCRIPTIONS TO CUSTOMERS THAT PURCHASED EXCHANGE TRADED FUNDS;3. RULE 10B-10 OF THE SECURITIES EXCHANGE ACT OF 1934 BY FAILING TO PROVIDE FIRM CUSTOMERS WITH CONFIRMATIONS FOR CERTAIN SECURITIES TRANSACTIONS; AND4. NYSE RULE 342 BY FAILING TO PROVIDE FOR, ESTABLISH AND MAINTAIN APPROPRIATE PROCEDURES OF SUPERVISION AND CONTROL INCLUDING A SYSTEM OF FOLLOW-UP AND REVIEW WITH RESPECT TO ITS OPERATIONAL AND TECHNOLOGICAL ACTIVITIES RELATING TO THE DELIVERY OF:A. PRODUCT DESCRIPTIONS AND PROSPECTUSES; ANDB. TRADE CONFIRMATIONS.<br>SANCTION: CENSURE, A $2,250,000 FINE AND AN UNDERTAKING. |
| **Summary:** | **10/4/07**THE DECISION BECAME FINAL AS OF THE CLOSE OF BUSINESS ON OCTOBER 2, 2007 AND THE FINE BECAME PAYABLE ON THAT SAME DATE. CONTACT: PEGGY GERMINO 212-656-8450. |
| **Reporting Source:** | Firm |
| **Current Status:** | Final |

©2008 FINRA. All rights reserved.   Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



www.finra.org/brokercheck

User Guidance

FINRA

**Allegations:** ALLEGED VIOLATION BY CITIGROUP GLOBAL MARKETS INC, ("CGMI") OF NYSE RULE 401(A) DUE TO THE FAILURE TO ENSURE DELIVERY OF PROSPECTUSES IN CONNECTION WITH CERTAIN SALES OF REGISTERED SECURITIES DURING THE TIME PERIOD JULY 1, 2003 THROUGH OCTOBER 31, 2004 (THE "RELEVANT TIME PERIOD"); ALLEGED VIOLATION OF NYSE RULE 1100(B) DUE TO CGMI'S FAILURE TO DELIVER PRODUCT DESCRIPTIONS TO CERTAIN CUSTOMERS THAT PURCHASED EXCHANGE TRADED FUNDS DURING THE RELEVANT PERIOD; ALLEGED VIOLATION OF RULE 10B-10 OF THE SECURITIES EXCHANGE ACT OF 1934 DUE TO CGMI'S FAILURE TO PROVIDE CUSTOMERS WITH CONFIRMATIONS FOR CERTAIN SECURITIES TRANSACTIONS DURING THE RELEVANT PERIOD; ALLEGED VIOLATIONS BY CGMI OF NYSE RULE 342 BY FAILING TO PROVIDE FOR, ESTABLISH AND MAINTAIN APPROPRIATE PROCEDURES OF SUPERVISION AND CONTROL RELATING TO THE DELIVERY OF PRODUCT DESCRIPTIONS AND PROSPECTUSES AND TRADE CONFIRMATIONS.

**Initiated By:** NEW YORK STOCK EXCHANGE LLC

**Date Initiated:** 09/07/2007

**Docket/Case Number:** NYSE HEARING BOARD DECISION 07-143

**Principal Product Type:** Mutual Fund(s)

**Other Product Type(s):** EQUITY AND DEBT SECURITIES, EXCHANGE TRADED FUNDS

**Principal Sanction(s)/Relief Sought:** Censure

**Other Sanction(s)/Relief Sought:** FINE IN THE AMOUNT OF $2,250,000

**Resolution:** Stipulation and Consent

**Resolution Date:** 10/02/2007

**Sanctions Ordered:** Censure
Monetary/Fine $2,250,000.00

**Other Sanctions Ordered:** UNDERTAKING

**Sanction Details:** CGMI CONSENTED TO THE IMPOSITION OF A CENSURE, A FINE IN THE AMOUNT OF $2,250,000 AND AN UNDERTAKING TO PROVIDE A WRITTEN CERTIFICATION THAT CURRENT POLICIES AND PROCEDURES, INCLUDING WRITTEN SUPERVISORY AND OPERATIONAL POLICIES AND PROCEDURES REGARDING THE DELIVERY OF PROSPECTUSES, PRODUCT DESCRIPTIONS AND TRADE CONFIRMATIONS ARE REASONABLY DESIGNED TO ENSURE COMPLIANCE WITH APPLICABLE FEDERAL SECURITIES LAWS AND NYSE RULES.

**Summary:** WITHOUT ADMITTING OR DENYING THE ALLEGATIONS AND SOLELY FOR

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck

User Guidance

FINRA

57

THE PURPOSES OF THIS PROCEEDING AND ANY OTHER PROCEEDING
BROUGHT BY OR ON BEHALF OF NEW YORK STOCK EXCHANGE LLC, OR
TO WHICH NEW YORK STOCK EXCHANGE LLC IS A PARTY, PRIOR TO
HEARING AND WITHOUT AN ADJUDICATION OF ANY ISSUES OF LAW OR
FACT CGMI CONSENTED TO A CENSURE, A FINE OF $2,250,000 AND AN
UNDERTAKING.

**Disclosure 6 of 282**

**Reporting Source:**          Regulator

**Current Status:**            Final

**Allegations:**               NASD RULES 2110, 3010, 3360 - DURING A SELF REGULATORY
                               ORGANIZATION (SRO) REVIEW, THE FIRM DISCOVERED THAT IT HAD
                               MISREPORTED SHORT INTEREST POSITIONS TO NASD FOR AN
                               INDETERMINATE PERIOD OF TIME DUE TO COMPUTER CODING ISSUES.
                               THE FINDINGS STATED THAT, DUE TO A CLERICAL ERROR, THE FIRM
                               SUBMITTED TO NASD ITS SHORT INTEREST POSITION OF 1,188,248
                               SHARES IN ONE SECURITY WHEN ITS ACTUAL SHORT INTEREST POSITION
                               IN THE SECURITY WAS 788,167 SHARES. THE FINDINGS STATED THAT THE
                               FIRM'S SUPERVISORY SYSTEM DID NOT PROVIDE FOR SUPERVISION
                               REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH RESPECT TO
                               THE APPLICABLE SECURITIES LAWS, REGULATIONS AND NASD RULES
                               CONCERNING SHORT INTEREST REPORTING.

**Initiated By:**              FINRA

**Date Initiated:**            08/23/2007

**Docket/Case Number:**        2004100119-01

**Principal Product Type:**    No Product

**Other Product Type(s):**

**Principal Sanction(s)/Relief
Sought:**

**Other Sanction(s)/Relief
Sought:**

**Resolution:**                Acceptance, Waiver & Consent(AWC)

**Resolution Date:**           08/23/2007

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



www.finra.org/brokercheck

User Guidance

58

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?**    No

**Sanctions Ordered:**    Censure
Monetary/Fine $300,000.00

**Other Sanctions Ordered:**

**Sanction Details:**    WITHOUT ADMITTING OR DENYING THE FINDINGS, CITIGROUP GLOBAL MARKETS INC., CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS, THEREFORE, THE FIRM WAS CENSURED AND FINED $300,000.

---

**Reporting Source:**    Firm

**Current Status:**    Final

**Allegations:**    ALLEGATIONS THAT DURING THE PERIOD MAY 1998 THROUGH OCTOBER 2005 (THE "REVIEW PERIOD") CITIGROUP GLOBAL MARKETS INC.("CGMI") VIOLATED NASD CONDUCT RULES 2110 AND 3360 BY INACCURATELY REPORTING SHORT INTEREST POSITIONS FOR CERTAIN SECURITIES AND THAT CERTAIN SECURITIES WERE INACCURATE. IT WAS FURTHER ALLEGED THAT CGMI VIOLATED NASD CONDUCT RULES 2110 AND 3010 DUE TO ITS FAILURE DURING THE REVIEW PERIOD TO REASONABLY SUPERVISE ITS PROCESS FOR REPORTING SHORT INTEREST POSITIONS TO THE NASD SO AS TO DETECT AND PREVENT VIOLATIONS OF NASD CONDUCT RULES 3360 AND THAT CGMI'S SUPERVISORY SYSTEM DID NOT PROVIDE FOR SUPERVISION REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH RESPECT TO THE APPLICABLE SECURITIES LAWS AND REGULATIONS AND THE RULES OF NASD CONCERNING SHORT INTEREST REPORTING.

**Initiated By:**    FINRA

**Date Initiated:**    08/23/2007

**Docket/Case Number:**    AWC 2004100119-01

**Principal Product Type:**    No Product

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**    Censure

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



FINRA

www.finra.org/brokercheck

**Other Sanction(s)/Relief Sought:** FINE IN THE AMOUNT OF $300,000

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 08/23/2007

**Sanctions Ordered:** Censure
Monetary/Fine $300,000.00

**Other Sanctions Ordered:**

**Sanction Details:** CGMI CONSENTED TO A CENSURE AND A FINE IN THE AMOUNT OF $300,000 TO BE PAID JOINTLY TO NASD (NOW, FINRA) AND THE NEW YORK STOCK EXCHANGE.

**Summary:** WITHOUT ADMITTING OR DENYING THE ALLEGATIONS AND SOLELY FOR THE PURPOSES OF THIS PROCEEDING AND ANY OTHER PROCEEDING BROUGHT BY OR ON BEHALF OF FINRA, OR TO WHICH FINRA IS A PARTY, PRIOR TO HEARING AND WITHOUT AN ADJUDICATION OF ANY ISSUE OR LAW OR FACT, CGMI CONSENTED TO A CENSURE AND A FINE IN THE AMOUNT OF $300,000, TO BE PAID JOINTLY TO THE NASD (NOW, FINRA) AND NYSE.

**Disclosure 7 of 282**

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** ALLEGATION THAT CITIGROUP GLOBAL MARKETS INC. ("CGMI") VIOLATED N.J.S.A. 49:3-58(A)(2)(XI) DUE TO ITS FAILURE DURING THE TIME PERIOD MARCH 2003 THROUGH JANUARY 2004 TO REASONABLY SUPERVISE, AND ESTABLISH AND ENFORCE PROCEDURES NECESSARY TO DETECT AND PREVENT UNSUITABLE TRADING AND THE ALTERATION OF CUSTOMER PROFILES BY CERTAIN EMPLOYEES AT THE BRANCH OFFICE IN SHORT HILLS, NEW JERSEY; ALLEGATION THAT CGMI VIOLATED N.J.S.A. 49:3-59, AND N.J.A.C. 13:47A-1.10 DUE TO ITS FAILURE DURING THE TIME PERIOD SPECIFIED ABOVE TO MAINTAIN BOOKS AND RECORDS WHICH ACCURATELY REFLECTED THE ACCOUNT PROFILES OF CERTAIN OF ITS CLIENTS.

**Initiated By:** STATE OF NEW JERSEY BUREAU OF SECURITIES

**Date Initiated:** 07/16/2007

**Docket/Case Number:** N/A

**Principal Product Type:** No Product

**Other Product Type(s):**

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



www.finra.org/brokercheck

User Guidance

60

**Principal Sanction(s)/Relief Sought:** Restitution

**Other Sanction(s)/Relief Sought:** CIVIL PENALTY OF $500,000.00.

**Resolution:** Order

**Resolution Date:** 07/16/2007

**Sanctions Ordered:** Monetary/Fine $500,000.00
Disgorgement/Restitution

**Other Sanctions Ordered:**

**Sanction Details:** CGMI CONSENTED TO RESTITUTION IN THE AMOUNT OF $478,000 AND A CIVIL MONETARY PENALTY OF $500,000.

**Summary:** WITHOUT ADMITTING OR DENYING THE ALLEGATIONS AND SOLELY FOR THE PURPOSES OF THIS PROCEEDING AND ANY OTHER PROCEEDING BROUGHT BY OR ON BEHALF OF THE STATE OF NEW JERSEY BUREAU OF SECURITIES ("N.J."), OR TO WHICH N.J IS A PARTY, PRIOR TO HEARING AND WITHOUT AN ADJUDICATION OF ANY ISSUE OF LAW OR FACT CGMI CONSENTED TO RESTITUTION IN THE AMOUNT OF $478,000 AND A CIVIL MONETARY PENALTY OF $500,000.

**Disclosure 8 of 282**

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** FROM JANUARY 2000 THROUGH SEPTEMBER 2003 CITIGROUP GLOBAL MARKETS INC. ("CGMI") ALLEGEDLY FAILED TO REASONABLY SUPERVISE CERTAIN PERSONS ASSOCIATED WITH THE FIRM IN VIOLATION OF N.J.S.A. 49:3-58(A)(2)(XI) TO ESTABLISH AND/OR ENFORCE REASONABLE SUPERVISORY PROCEDURES FOR DETECTING AND PREVENTING DECEPTIVE MARKET TIMING PRACTICES. FURTHER, THE FIRM ALLEGEDLY VIOLATED N.J.A.C. 13:47A-1.10 BY FAILING TO MAKE AND/OR PRESERVE ACCURATE BOOKS AND RECORDS RELATING TO (1) ORDER COMMUNICATIONS AND ENTRY TIME FOR MUTUAL FUND TRADES, (B) REJECTION AND/OR CANCELLATION OF MUTUAL FUND AND VARIABLE ANNUITY SUB-ACCOUNT TRADES RELATED TO MARKET TIMING, AND (C) SHARES ORDERS AND/OR CONFIRMATIONS FOR TRANSACTIONS EXECUTED BY CERTAIN PERSONS ASSOCIATED WITH THE FIRM IN VARIABLE ANNUITY ACCOUNTS AND OTHER INSURANCE SUB-ACCOUNTS AWAY FROM THE FIRM.

**Initiated By:** STATE OF NEW JERSEY - BUREAU OF SECURITIES

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



www.finra.org/brokercheck

User Guidance

61

**Date Initiated:** 06/01/2007

**Docket/Case Number:**

**Principal Product Type:** Mutual Fund(s)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Cease and Desist

**Other Sanction(s)/Relief Sought:** CIVIL MONETARY PENALTY IN THE AMOUNT OF $5 MILLION.

**Resolution:** Order

**Resolution Date:** 06/01/2007

**Sanctions Ordered:** Monetary/Fine $5,000,000.00
Cease and Desist/Injunction

**Other Sanctions Ordered:**

**Sanction Details:** THE STATE OF NEW JERSEY BUREAU OF SECURITIES ORDER REQUIRED THAT CGMI CEASE AND DESIST FROM FURTHER VIOLATION OF THE SECURITIES LAWS AND FURTHER ORDERED THAT CGMI PAY A CIVIL MONETARY PENALTY IN THE AMOUNT OF $5 MILLION.

**Summary:** CGMI CONSENTED TO THE ENTRY OF THE ORDER WITHOUT ADMITTING OR DENYING THE BUREAU'S FINDINGS OF FACT OR CONCLUSIONS AND SOLELY FOR THE PURPOSE OF RESOLVING THIS MATTER WITHOUT THE EXPENSE AND DELAY THAT FORMAL ADMINISTRATIVE PROCEEDINGS WOULD INVOLVE. THE CIVIL MONETARY PENALTY WAS PAID IN JUNE 2007.

**Disclosure 9 of 282**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** **7/3/07**STIPULATION AND CONSENT TO PENALTY FILED BY NYSE REGULATION, INC.'S DIVISION OF ENFORCEMENT AND PENDING

HEARING BOARD APPROVAL.

CITIGROUP GLOBAL MARKETS, INC. (THE "FIRM") CONSENTED TO FINDINGS THAT IT: (1) VIOLATED NYSE RULE 421 IN THAT, FOR UPWARDS OF 10 YEARS, THE FIRM SUBMITTED TO THE NYSE INACCURATE REPORTS OF SHORT POSITIONS IN SECURITIES LISTED ON THE NYSE; AND (2) VIOLATED NYSE RULES 342(A) AND (B) IN THAT THE FIRM FAILED TO

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck

User Guidance

FINTa

62

SUPERVISION AND CONTROL, INCLUDING AN ADEQUATE SEPARATE SYSTEM OF FOLLOW-UP AND REVIEW, WITH RESPECT TO SHORT INTEREST POSITION REPORTING.

STIPULATED SANCTIONS: THE IMPOSITION BY THE NYSE OF A CENSURE A FINE IN THE AMOUNT OF $300,000 TO BE PAID JOINTLY TO THE NYSE AND NASD.

| | |
|---|---|
| **Initiated By:** | NEW YORK STOCK EXCHANGE DIVISION OF ENFORCEMENT |
| **Date Initiated:** | 07/03/2007 |
| **Docket/Case Number:** | HPD#07-121 |
| **Principal Product Type:** | Other |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Decision |
| **Resolution Date:** | 09/18/2007 |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $300,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | **8/23/07**HEARING BOARD DECISION ISSUED -- HBD 07-121 CITIGROUP GLOBAL MARKETS, INC. (THE "FIRM") WAS FOUND GUILTY OF: (1) VIOLATING NYSE RULE 421 IN THAT, FOR APPROXIMATELY 10 YEARS, THE FIRM SUBMITTED TO THE NYSE INACCURATE REPORTS OF SHORT POSITIONS IN SECURITIES LISTED ON THE NYSE; AND (2) VIOLATING NYSE RULES 342(A) AND (B) IN THAT THE FIRM FAILED TO ESTABLISH AND MAINTAIN APPROPRIATE PROCEDURES FOR SUPERVISION AND CONTROL, INCLUDING AN ADEQUATE SEPARATE SYSTEM OF FOLLOW-UP AND REVIEW, WITH RESPECT TO SHORT INTEREST POSITION REPORTING. AN OFFICER OF THE HEARING BOARD IMPOSED THE PENALTY CONSENTED TO BY CGMI OF A CENSURE AND A $300,000 FINE, OF WHICH $150,000 IS TO BE PAID TO THE NYSE AND $150,000 TO BE PAID TO THE FORMER NASD. |
| **Summary:** | **9/18/07**DECISION BECAME FINAL AS OF THE CLOSE OF BUSINESS ON SEPTEMBER 17, 2007.<br>CONTACT: PEGGY GERMINO 212-656-8450 |

©2008 FINRA. All rights reserved.     Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck

User Guidance

**FINRA**

63

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | ALLEGATIONS THAT DURING THE PERIOD MAY 1998 THROUGH OCTOBER 2005 (THE "REVIEW PERIOD") CITIGROUP GLOBAL MARKETS INC. ("CGMI") VIOLATED NYSE RULE 4210 BY SUBMITTING INACCURATE REPORTS OF SHORT INTEREST POSITIONS IN CERTAIN SECURITIES LISTED ON THE NYSE. IT WAS FURTHER ALLEGED THAT CGMI VIOLATED NYSE RULES 342(A) AND (B) DUE TO ITS FAILURE DURING THE REVIEW PERIOD TO ESTABLISH AND MAINTAIN APPROPRIATE PROCEDURES FOR SUPERVISION AND CONTROL, INCLUDING AN ADEQUATE SEPARATE SYSTEM OF FOLLOW-UP AND REVIEW, WITH RESPECT TO SHORT INTEREST POSITION REPORTING. |
| **Initiated By:** | NEW YORK STOCK EXCHANGE DIVISION OF ENFORCEMENT |
| **Date Initiated:** | 09/17/2007 |
| **Docket/Case Number:** | HEARING BOARD DECISION 07-121 |
| **Principal Product Type:** | No Product |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Censure |
| **Other Sanction(s)/Relief Sought:** | FINE IN THE AMOUNT OF $150,000 |
| **Resolution:** | Stipulation and Consent |
| **Resolution Date:** | 09/17/2007 |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $150,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | CGMI CONSENTED TO A CENSURE AND A $150,000 FINE WHICH IS IN CONJUNCTION WITH ANOTHER MATTER BEING RESOLVED CONCOMITANTLY WITH FINRA FOR THE SAME AMOUNT, FOR A COMBINED TOTAL FINE OF $300,000. |
| **Summary:** | WITHOUT ADMITTING OR DENYING THE ALLEGATIONS AND SOLELY FOR THE PURPOSE OF THIS PROCEEDING AND ANY OTHER PROCEEDING BROUGHT BY OR ON BEHALF OF NYSE REGULATION, INC., OR TO WHICH NYSE REGULATION, INC. IS A PARTY, PRIOR TO HEARING AND WITHOUT AN ADJUDICATION OF ANY ISSUE OF LAW OR FACT, CGMI CONSENTED TO |

©2008 FINRA. All rights reserved.    Report #15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck

User Guidance

**finra**

64

A CENSURE AND A FINE OF $150,000 AS DESCRIBED ABOVE.

**Disclosure 10 of 282**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** SEC RULES 15C2-11, 200(G) OF REGULATION SHO, 604 OF REGULATION NMS, NASD RULES 2110, 3010, 3340, 3370, 6130(D)(4), 6130(D)(6), 6640, 6955(A)INTERPRETATIVE MATERIAL 2110-2 - RESPONDENT MEMBER EFFECTED SHORT SALES IN A COMMON STOCK FOR THE FIRM'S PROPRIETARY ACCOUNT(S) AND FAILED TO MAKE/ANNOTATE AN AFFIRMATIVE DETERMINATION THAT THE FIRM COULD BORROW THE SECURITY OR OTHERWISE PROVIDE FOR DELIVERY OF THE SECURITY BY SETTLEMENT DATE. THE FINDINGS STATED THAT THE FIRM ACCEPTED CUSTOMER SHORT SALE ORDERS IN A SECURITY AND FAILED TO MAKE/ANNOTATE AN AFFIRMATIVE DETERMINATION THAT THE FIRM WOULD RECEIVE DELIVERY OF THE SECURITY ON BEHALF OF THE CUSTOMER OR THAT THE FIRM COULD BORROW THE SECURITY ON BEHALF OF THE CUSTOMER FOR DELIVERY BY SETTLEMENT DATE. THE FINDINGS ALSO STATED THAT THE FIRM FAILED TO DISPLAY IMMEDIATELY CUSTOMER LIMIT ORDERS IN NASDAQ SECURITIES IN ITS PUBLIC QUOTATION WHEN EACH ORDER WAS AT A PRICE THAT WOULD HAVE IMPROVED THE FIRM'S BID OR OFFER IN EACH SECURITY; OR WHEN THE ORDER WAS PRICED EQUAL TO THE FIRM'S BID OR OFFER AND THE NATIONAL BEST BID OR OFFER FOR EACH SECURITY, AND THE SIZE OF THE ORDER REPRESENTED MORE THAN A DE MINIMIS CHANGE IN RELATION TO THE SIZE ASSOCIATED WITH THE FIRM'S BID OR OFFER IN EACH SECURITY. THE FINDINGS ALSO INCLUDED THAT THE FIRM FAILED TO CONTEMPORANEOUSLY OR PARTIALLY EXECUTE CUSTOMER LIMIT ORDERS IN NASDAQ SECURITIES AFTER IT TRADED EACH SUBJECT SECURITY FOR ITS OWN MARKET-MAKING ACCOUNT AT A PRICE THAT WOULD HAVE SATISFIED EACH CUSTOMER'S LIMIT ORDER. NASD FOUND THAT THE FIRM EFFECTED TRANSACTIONS DURING A TRADING HALT INITIATED BY THE NASDAQ STOCK MARKET AND PUBLISHED QUOTATIONS FOR A NON-EXCHANGE-LISTED SECURITY IN THE PINK SHEETS AND DID NOT HAVE IN ITS RECORDS THE DOCUMENTATION REQUIRED BY SEC RULE 15C2-11. ALLEGATIONS CONTINUED IN COMMENTS.

**Initiated By:** NASD

**Date Initiated:** 06/12/2007

**Docket/Case Number:** 2004100048-01

**Principal Product Type:** Other

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



www.finra.org/brokercheck

User Guidance

65

**Other Product Type(s):** COMMON STOCK

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 06/12/2007

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $87,000.00

**Other Sanctions Ordered:** UNDERTAKING

**Sanction Details:** WITHOUT ADMITTING OR DENYING THE FINDINGS, CITIGROUP GLOBAL MARKETS INC., CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS, THEREFORE, THE FIRM WAS CENSURED, FINED $87,000 AND REQUIRED TO REVISE ITS WRITTEN SUPERVISORY PROCEDURES REGARDING BEST EXECUTION, THE REPORTING OF SALES TRANSACTIONS AND OATS.

**Summary:** ALLEGATIONS CONTINUED: NASD ALSO FOUND THAT THE FIRM FAILED TO FILE A FORM 211 WITH NASD AT LEAST THREE BUSINESS DAYS BEFORE THE FIRM'S QUOTATIONS WERE PUBLISHED OR DISPLAYED IN A QUOTATION MEDIUM AND SUBMITTED TO OATS ROUTE OR COMBINED ORDER/ROUTE REPORTS THAT THE OATS SYSTEM WAS UNABLE TO LINK TO THE CORRESPONDING NEW ORDER SUBMITTED BY THE DESTINATION MEMBER FIRM DUE TO INACCURATE, INCOMPLETE OR IMPROPERLY FORMATTED DATA. IN ADDITION, NASD DETERMINED THAT THE FIRM SUBMITTED TO OATS REPORTABLE ORDER EVENTS (ROES) THAT WERE REJECTED BY OATS FOR CONTEXT OR SYNTAX ERRORS AND FAILED TO TIMELY REPORT TO OATS ROES. MOREOVER, THE FINDINGS STATED THAT THE FIRM'S SUPERVISORY SYSTEM DID NOT PROVIDE FOR SUPERVISION REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH RESPECT TO THE APPLICABLE SECURITIES LAWS, REGULATIONS AND NASD RULES CONCERNING BEST EXECUTION, THE REPORTING OF SALE TRANSACTIONS AND OATS. THE FINDINGS STATED THAT THE FIRM FAILED TO REPORT THE CORRECT TIME OF EXECUTION TO THE ACT N/K/A NMC IN LAST SALE REPORTS OF TRANSACTIONS IN DESIGNATED SECURITIES. FURTHERMORE, THE FINDINGS STATED THAT THE FIRM

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



www.finra.org/brokercheck

User Guidance

66

FAILED TO REPORT TO SUPERMONTAGE THE CORRECT SYMBOL INDICATING WHETHER THE TRANSACTION WAS A SHORT SALE EXEMPT OR SHORT SALE FOR TRANSACTIONS IN REPORTABLE SECURITIES AND FAILED TO PROPERLY MARK PROPRIETARY SELL ORDERS WITH A "SHORT EXEMPT" INDICATOR ON ITS TRADING RECORDS.

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** ALLEGATIONS STEMMING FROM NINE NASD INQUIRIES AND EXAMS DURING THE PERIOD 01/01/2004 - 07/31/2006 ALLEGING: 1) VIOLATIONS OF NASD CONDUCT RULE 3370 FOR SHORT SELL VIOLATIONS; 2) VIOLATION OF NASD CONDUCT RULE 2110 AND IM-2110-2 FOR LIMIT ORDER PROTECTION VIOLATIONS; 3) VIOLATIONS OF NASD CONDUCT RULES 2110 AND 3340 FOR VIOLATING PROHIBITIONS AGAINST TRADING DURING A HALT; 4) VIOLATION OF SEC RULE 604 OF REGULATION NMS FOR LIMIT ORDER DISPLAY VIOLATIONS; 5) VIOLATION OF SEC RULE 15C2-11(A) AND NASD CONDUCT RULE 2110 DUE TO THE FIRM'S FAILURE TO HAVE REQUIRED DOCUMENTATION IN ITS RECORDS; 6) VIOLATIONS OF NASD RULE 6955(A) FOR OATS VIOLATIONS; 7) VIOLATIONS OF NASD MARKETPLACE RULES 6130(D)(4) AND 6130(D)(6); 8) VIOLATIONS OF SEC RULE 200(G) OF REGULATION SHO DUE TO FAILURE TO PROPERLY MARK PROPRIETARY SELL ORDERS; AND 9) VIOLATION OF NASD CONDUCT RULES 2110 AND 3010 DUE TO FAILURE TO PROVIDE SUPERVISION REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH RESPECT TO APPLICABLE SECURITIES LAWS AND REGULATIONS AND THE RULES OF THE NASD CONCERNING BEST EXECUTION, THE REPORTING OF SALE TRANSACTIONS AND OATS.

**Initiated By:** NASD - MARKET REGULATION DEPT.

**Date Initiated:** 06/12/2007

**Docket/Case Number:** AWC 20041000048-01

**Principal Product Type:** Equity - OTC

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Censure

**Other Sanction(s)/Relief Sought:** FINE IN THE AMOUNT OF $87,000; UNDERTAKING.

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 06/12/2007

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



www.finra.org/brokercheck

User Guidance

67

**Sanctions Ordered:** Censure
Monetary/Fine $87,000.00

**Other Sanctions Ordered:** UNDERTAKING

**Sanction Details:** CGMI CONSENTED TO THE IMPOSITION OF A CENSURE, A FINE OF $87,000 (CONSISTING OF A $10,000 FINE FOR THE LIMIT ORDER PROTECTION VIOLATIONS, $5,000 FOR THE NASD RULE 3370 VIOLATIONS, $10,000 FOR VIOLATING THE PROHIBITIONS AGAINST TRADING DURING A HALT, $15,000 FOR TRADE REPORTING VIOLATIONS, $15,000 FOR THE OATS VIOLATIONS, $12,000 FOR THE SEC RULE 11AC1-4 (NOW SEC RULE 604) VIOLATIONS, $5,000 FOR THE SEC RULE 15C2-11 AND NASD RULE 6740 VIOLATIONS, $5,000 FOR THE SEC RULE 200(G) UNDER REGULATION SHO VIOLATIONS, $10,000 FOR THE SUPERVISORY VIOLATIONS).

**Summary:** WITHOUT ADMITTING OR DENYING THE ALLEGATIONS AND SOLELY FOR THE PURPOSES OF THIS PROCEEDING AND ANY OTHER PROCEEDING BROUGHT BY OR ON BEHALF OF THE NASD, OR TO WHICH NASD IS A PARTY, PRIOR TO HEARING AND WITHOUT AN ADJUDICATION OF ANY ISSUE OF LAW OR FACT CGMI CONSENTED TO A CENSURE, A FINE OF $87,000 AND DISGORGEMENT.

**Disclosure 11 of 282**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** NASD RULES 2110, 2210(B)(1), 2210(B)(2)(A), 2210(C)(2)(A), 2210(D)(1) AND 3010:THE FIRM PREPARED AND/OR USED MATERIALS AT SEMINARS AND AT FACE-TO-FACE MEETINGS THAT WERE NOT FAIR AND BALANCED, CONTAINED MISLEADING CLAIMS, EXAGGERATIONS AND UNWARRANTED PROJECTIONS. THESE MATERIALS CONSTITUTED COMMUNICATIONS WITH THE PUBLIC AS DEFINED BY NASD RULE 2110. THE FIRM FAILED TO HAVE A REGISTERED PRINCIPAL APPROVE SALES LITERATURE PRIOR TO USE; FAILED TO RETAIN RECORDS SHOWING WHICH SALES MATERIALS WERE DISSEMINATED TO CUSTOMERS, WHICH PRINCIPAL APPROVED THE ITEMS AND THE DATE OF THE APPROVAL, DISSEMINATED CERTAIN MARKETING MATERIAL THAT IDENTIFIED THE SPECIFIC RECOMMENDED MUTUAL FUNDS THAT NEEDED TO BE FILED WITH NASD ADVERTISING WITHIN 10 DAYS OF FIRST USE; AND FAILED TO ADEQUATELY SUPERVISE THE ACTIVITIES OF BROKERS BY NOT FOLLOWING-UP ON RED FLAGS AND DID NOT ADEQUATELY CARRY OUT THEIR RESPECTIVE SUPERVISORY RESPONSIBILITIES WITH AN EYE TO PREVENTING THE BROKERS' VIOLATIONS.

**Initiated By:** NASD

©2008 FINRA. All rights reserved.   Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

www.finra.org/brokercheck



68

**Date Initiated:** 06/06/2007

**Docket/Case Number:** 2005000760101

**Principal Product Type:** Mutual Fund(s)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 06/06/2007

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $3,000,000.00
Disgorgement/Restitution

**Other Sanctions Ordered:**

**Sanction Details:** WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS; THEREFORE THE FIRM IS CENSURED, FINED $3 MILLION AND REQUIRED TO PAY 12.2 MILLION IN RESTITUTION.

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** ALLEGED VIOLATION OF NASD COJDUCT RULE 2210(D)(1) FOR USING MISLEADING MATERIALS IN SEMINARS FOR BELLSOUTH EMPLOYEES DURING THE PERIOD 1994 THOUGH 2002 (THE "RELEVANT TIME PERIOD"); ALLEGED VIOLATION OF NASD CONDUCT RULE 2210(B)(2)(A) AND 2110 DUE TO FAILURE TO RETAIN CERTAIN RECORDS OF SALES MATERIALS DURING THE RELEVANT TIME PERIOD; ALLEGED VIOLATION OF NASD CONDUCT RULE 3010 DUE TO THE FAILURE OF CITIGROUP GLOBAL MARKETS INC. ("CGMI") TO SUPERVISE DURING THE RELEVANT TIME PERIOD THE ACTIVITIES OF CERTAIN EMPLOYEES BASED IN CHARLOTTE, NORTH CAROLINA.

©2008 FINRA. All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.



69

www.finra.org/brokercheck

| | |
|---|---|
| **Initiated By:** | NASD |
| **Date Initiated:** | 06/06/2007 |
| **Docket/Case Number:** | AWC NO. 2005000760101 |
| **Principal Product Type:** | Mutual Fund(s) |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Censure |
| **Other Sanction(s)/Relief Sought:** | FINE IN THE AMOUNT OF $3 MILLION; RESTITUTION |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 06/06/2007 |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $3,000,000.00<br>Disgorgement/Restitution |
| **Other Sanctions Ordered:** | RESTITUTION |
| **Sanction Details:** | THE RESTITUTION AMOUNT IS ORDERED TO BE PAID IN SATISFACTION OF THE APPROVED SETTLEMENT OF THE NORTH CAROLINA STATE CASE ENTITLES VICTORIA T. MCPHATTER, ET AL. V. CITIGROUP GLOBAL MARKETS, INC. ET AL. (N.C. GUILFORD COUNTY SUPERIOR COURT, CASE #03 CVS 3555). |
| **Summary:** | PRIOR TO A HEARING AND WITHOUT AN ADJUDICATION OF ANY ISSUE OF LAW OR FACT, CGMI CONSENTED TO AN AWC IN WHICH IT NEITHER ADMITTED NOR DENIED VIOLATING NASD RULES 2110, 3010 AND 2110. THE AWC AROSE FROM EVENTS THAT OCCURRED FROM 1994 TO 2002 REGARDING, AMONG OTHER THINGS, CERTAIN BROKERS COMMUNICATIONS WITH EMPLOYEES OF BELLSOUTH CORPORATION. |

| | |
|---|---|
| **Disclosure 12 of 282** | |
| **Reporting Source:** | Regulator |
| **Current Status:** | Final |
| **Allegations:** | **6/12/07**STIPULATION OF FACTS AND CONSENT TO PENALTY EXECUTED AND FILED BY NYSE REGULATION DIVISION OF ENFORCEMENT AND PENDING,CONSENTED TO FINDINGS THAT THE FIRM VIOLATED:1.NYSE RULE 342 BY FAILING TO REASONABLY SUPERVISE CERTAIN BUSINESS ACTIVITIES AND TO ESTABLISH AND MAINTAIN APPROPRIATE PROCEDURES FOR SUPERVISION AND CONTROL WITH RESPECT TO THE |

©2008 FINRA, All rights reserved.    Report# 15090-60191 generated on Friday, July 18, 2008 about CITIGROUP GLOBAL MARKETS INC.

# EXHIBIT B

Part 1 of 2

**FINCA**

# Report Summary for this Broker

The report summary provides an overview of the broker's professional background and conduct. The individual broker, a FINRA-registered firm(s), and/or securities regulator(s) have provided the information contained in this report as part of the securities industry's registration and licensing process. The information contained in this report was last updated by either the broker, a previous employing brokerage firm, or a securities regulator on 05/06/2008.

## Broker Qualifications

### This broker is registered with:

- 1 Self-Regulatory Organization
- 8 U.S. states and territories

Is this broker currently suspended or inactive with any regulator? No

### This broker has passed:

- 0 Principal/Supervisory Exams
- 3 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration and Employment History

This broker was previously registered with the following FINRA firms:

CITIGROUP GLOBAL MARKETS INC.
CRD# 7059
10/2001 - 03/2008

For additional registration and employment history details as reported by the broker, refer to the Registration and Employment History section of this report.

## Disclosure of Customer Disputes, Disciplinary, and Regulatory Events

This section includes details regarding disclosure events reported by or about this broker to CRD as part of the securities industry registration and licensing process. Examples of such disclosure events include formal investigations and disciplinary actions initiated by regulators, customer disputes, certain criminal charges and/or convictions, as well as financial disclosures, such as bankruptcies and unpaid judgments or liens.

Are there events disclosed about this broker?  Yes

**The following types of disclosures were reported:**

Criminal

---

**JEFFREY A. GAPUSAN**
CRD# 4443537

**Currently employed by and registered with the following FINRA Firms:**

CANTOR FITZGERALD & CO.
110 EAST 59TH STREET
4TH FLOOR DCM
NEW YORK, NY 10022
CRD# 134
Registered with this firm since: 05/2008

©2008 FINRA. All rights reserved.

4443537 - GAPUSAN, JEFFREY ALAN                                      3
    Reportable Events                                               11
    Regulator Archive and Z Records                                 13

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 2

Details for Request# 4718397
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 4443537 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| User Initials | SDT |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                          Page 3
Individual: 4443537 - GAPUSAN, JEFFREY ALAN
Administrative Information:
```

Composite Information:
Full Legal Name:                    GAPUSAN, JEFFREY ALAN

Year of Birth:                      1970
State of Residence:                 NJ

Current Employing Firm:             CANTOR FITZGERALD & CO. (134)

  Firm Main Address:                110 EAST 59TH STREET, 4TH FLOOR
                                    NEW YORK
                                    NY , UNITED STATES
                                    10022
  Firm Mailing Address:             110 EAST 59TH STREET, 4TH FLOOR
                                    NEW YORK
                                    NY , UNITED STATES
                                    10022
  Business Telephone #:             212-938-5000
  Independent Contractor:           No

  Office of Employment Address:

| CRD Branch # | NYSE Code | Branch Number | Firm Code | Billing Address | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|---|---|
| 256861 | | | | | 05/05/2008 | | 110 EAST 59TH STREET 4TH FLOOR DCM NEW YORK, NY  10022 UNITED STATES |

                Registered Location?   Y   Type of Office:  Located At

Reportable Disclosures?             Yes
Statutorily Disqualification?       CLEAR
Registered With Multiple Firms?     No
Material Difference in Disclosure?  No

Personal Information:
Individual CRD#:                    4443537

Other Names Known By:               GAPUSAN, JEFF

Year of Birth:                      1970

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 4
Individual: 4443537 - GAPUSAN, JEFFREY ALAN
Administrative Information:
```

Registrations with Current Employer(s):

From 05/05/2008 To Present:        CANTOR FITZGERALD & CO.(134)

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| CA | AG | 05/09/2008 | APPROVED | 05/09/2008 |
| CO | AG | 05/07/2008 | APPROVED | 05/07/2008 |
| CT | AG | 05/14/2008 | APPROVED | 05/14/2008 |
| DC | AG | 05/09/2008 | APPROVED | 05/09/2008 |
| FINRA | ET | 05/08/2008 | APPROVED | 05/05/2008 |
| FINRA | GS | 05/05/2008 | APPROVED | 05/05/2008 |
| FL | AG | 05/09/2008 | APPROVED | 05/09/2008 |
| MA | AG | 05/09/2008 | APPROVED | 05/09/2008 |
| NJ | AG | 05/08/2008 | APPROVED | 05/08/2008 |
| NY | AG | 05/09/2008 | APPROVED | 05/09/2008 |

Registrations with Previous Employer(s):

From 08/01/2001 To 03/17/2008        CITIGROUP GLOBAL MARKETS INC.(7059)
Reason for Termination:              * Other
Termination Comment:                 STAFF REDUCTION

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| AK | AG | 03/28/2008 | TERMED | 04/22/2002 |
| AL | AG | 03/28/2008 | TERMED | 04/26/2002 |
| AMEX | GS | 03/28/2008 | TERMED | 11/28/2001 |
| AR | AG | 03/28/2008 | TERMED | 04/17/2002 |
| ARCA | GS | 03/28/2008 | TERMED | 10/02/2001 |
| AZ | AG | 03/28/2008 | TERMED | 05/16/2002 |
| CA | AG | 03/28/2008 | TERMED | 04/17/2002 |
| CBOE | GS | 03/28/2008 | TERMED | 10/02/2001 |
| CO | AG | 03/28/2008 | TERMED | 04/18/2002 |
| CT | AG | 03/28/2008 | TERMED | 04/19/2002 |
| DC | AG | 03/28/2008 | TERMED | 04/25/2002 |

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 5
Individual: 4443537 - GAPUSAN, JEFFREY ALAN
Administrative Information:
```

Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| DE | AG | 03/28/2008 | TERMED | 04/18/2002 |
| FINRA | ET | 03/28/2008 | TERMED | 11/06/2001 |
| FINRA | GS | 03/28/2008 | TERMED | 10/02/2001 |
| FL | AG | 03/28/2008 | TERMED | 04/18/2002 |
| GA | AG | 03/28/2008 | TERMED | 04/19/2002 |
| HI | AG | 03/28/2008 | TERMED | 04/17/2002 |
| IA | AG | 03/28/2008 | TERMED | 04/18/2002 |
| ID | AG | 03/28/2008 | TERMED | 04/18/2002 |
| IL | AG | 03/28/2008 | TERMED | 04/22/2002 |
| IN | AG | 03/28/2008 | TERMED | 04/22/2002 |
| KS | AG | 03/28/2008 | TERMED | 04/17/2002 |
| KY | AG | 03/28/2008 | TERMED | 04/22/2002 |
| LA | AG | 03/28/2008 | TERMED | 04/19/2002 |
| MA | AG | 03/28/2008 | TERMED | 04/22/2002 |
| MD | AG | 03/28/2008 | TERMED | 04/18/2002 |
| ME | AG | 03/28/2008 | TERMED | 04/18/2002 |
| MI | AG | 03/28/2008 | TERMED | 04/30/2002 |
| MN | AG | 03/28/2008 | TERMED | 04/18/2002 |
| MO | AG | 03/28/2008 | TERMED | 04/18/2002 |
| MS | AG | 03/28/2008 | TERMED | 04/17/2002 |
| MT | AG | 03/28/2008 | TERMED | 04/17/2002 |
| NC | AG | 03/28/2008 | TERMED | 04/17/2002 |
| ND | AG | 03/28/2008 | TERMED | 04/24/2002 |
| NE | AG | 03/28/2008 | TERMED | 04/23/2002 |
| NH | AG | 03/28/2008 | TERMED | 04/17/2002 |
| NJ | AG | 03/28/2008 | TERMED | 04/19/2002 |
| NM | AG | 03/28/2008 | TERMED | 04/24/2002 |
| NQX | ET | 03/28/2008 | TERMED | 07/12/2006 |
| NQX | GS | 03/28/2008 | TERMED | 07/12/2006 |
| NV | AG | 03/28/2008 | TERMED | 04/26/2002 |
| NY | AG | 03/28/2008 | TERMED | 11/10/2001 |
| NYSE | GS | 03/28/2008 | TERMED | 11/28/2001 |
| OH | AG | 03/28/2008 | TERMED | 04/18/2002 |

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 6
Individual: 4443537 - GAPUSAN, JEFFREY ALAN
Administrative Information:
```

Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|--------------------|--------------| 
| OK | AG | 03/28/2008 | TERMED | 04/18/2002 |
| OR | AG | 03/28/2008 | TERMED | 04/22/2002 |
| PA | AG | 03/28/2008 | TERMED | 04/17/2002 |
| PHLX | GS | 03/28/2008 | TERMED | 10/02/2001 |
| PR | AG | 03/28/2008 | TERMED | 04/19/2002 |
| RI | AG | 03/28/2008 | TERMED | 04/17/2002 |
| SC | AG | 03/28/2008 | TERMED | 04/18/2002 |
| SD | AG | 03/28/2008 | TERMED | 04/17/2002 |
| TN | AG | 03/28/2008 | TERMED | 04/19/2002 |
| TX | AG | 03/28/2008 | TERMED | 04/17/2002 |
| UT | AG | 03/28/2008 | TERMED | 04/17/2002 |
| VA | AG | 03/28/2008 | TERMED | 04/18/2002 |
| VT | AG | 03/28/2008 | TERMED | 04/18/2002 |
| WA | AG | 03/28/2008 | TERMED | 04/17/2002 |
| WI | AG | 03/28/2008 | TERMED | 04/17/2002 |
| WV | AG | 03/28/2008 | TERMED | 04/17/2002 |
| WY | AG | 03/28/2008 | TERMED | 04/17/2002 |

Professional Designations:
  << None found for this Individual: GAPUSAN, JEFFREY ALAN >>

Employment History:

```
From 05/2008 To Present:     Name:       CANTOR FITZGERALD & CO
                             Location:   NEWYORK, NY  USA
                             Position:   BROKER
                             Investment Related:     Yes

From 08/2001 To 03/2008      Name:       CITIGROUP GLOBAL MARKETS INC.
                             Location:   NEW YORK, NY
                             Position:   ASSOCIATE CLASS OF 2001
                             Investment Related:     Yes
```

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 7
Individual: 4443537 - GAPUSAN, JEFFREY ALAN
Administrative Information:
```

Employment History (cont) :

```
From 05/1992 To 08/2001    Name:        UNITED STATES NAVY
                           Location:    WASHINGTON, DC  USA
                           Position:    NAVAL FLIGHT OFFICER
                           Investment Related:    No

From 08/1991 To 05/1992    Name:        UNIVERSITY OF NORTH CAROLINA
                           Location:    CHAPEL HILL, NC  USA
                           Position:    FULL TIME STUDENT
                           Investment Related:    No
```

Office of Employment History:

```
From 05/2008 To Present:
  Name:                            CANTOR FITZGERALD & CO. (134)
  Independent Contractor:          No
```

Office of Employment Address:

| CRD Branch # | NYSE Code | Branch Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|---|
| 256861 | | | | 05/05/2008 | | 110 EAST 59TH STREET 4TH FLOOR DCM NEW YORK, NY  10022 UNITED STATES |

```
                    Registered Location?    Y    Type of Office:    Located At


From 08/2001 To 03/2008
  Name:                            CITIGROUP GLOBAL MARKETS INC. (7059)
  Independent Contractor:          No
```

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 8
Individual: 4443537 - GAPUSAN, JEFFREY ALAN
Administrative Information:
```

Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 89239 | MNOFC-0 | MNOFC-0 | 08/01/2001 | 03/17/2008 | 390 GREENWICH STREET 388 GREENWICH STREET NEW YORK, NY 10013 UNITED STATES |
| | Registered Location? | | Y Type of Office: | | Located At |
| | | 50126 | 08/01/2001 | 03/28/2006 | 390 GREENWICH STREET NEW YORK, NY 10013 |
| | Registered Location? | | N Type of Office: | | Located At |

Other Business:
   <<No Other Business found for this Individual.>>

Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|---|---|---|---|---|---|---|
| S3 | OFFICIAL_RESULT | 10/12/2001 | 10/11/2001 | PASSED | 91 | 08/30/2001-12/28/2001 |
| S55 | OFFICIAL_RESULT | 11/06/2001 | 11/05/2001 | PASSED | 74 | 08/30/2001-12/28/2001 |
| S63 | OFFICIAL_RESULT | 10/23/2001 | 10/22/2001 | PASSED | 80 | 08/30/2001-12/28/2001 |
| S7 | OFFICIAL_RESULT | 10/02/2001 | 10/01/2001 | PASSED | 88 | 09/29/2001-01/27/2002 |

CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:    10/02/2001

Current CE
   <<No Current CE Session Found >>

```
CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.
```

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                   Page 9
Individual: 4443537 - GAPUSAN, JEFFREY ALAN
Administrative Information:
```

Next CE

| Requirement Window | Requirement Type | Session |
|---|---|---|
| 10/02/2009-01/29/2010 | Anniversary | 101 |

CE Directed Sequence History
  <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
  <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status

| Requirement Type | Status | Previous Window | Session | Status Date | Result |
|---|---|---|---|---|---|
| Anniversary | REQUIRED | 10/02/2003-01/29/2004 | 101 | 10/02/2003 | 10/02/2003- |
| Anniversary | SATISFIED | 10/02/2003-01/29/2004 | 101 | 11/05/2003 | 11/05/2003-CMPLT |
| Anniversary | REQUIRED | 10/02/2006-01/29/2007 | 101 | 10/02/2006 | 10/02/2006- |
| Anniversary | SATISFIED | 10/02/2006-01/29/2007 | 101 | 11/29/2006 | 11/29/2006-CMPLT |

Filing History:

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 05/06/2008 | U4 | AMENDMENT | Org CRD# 134 CANTOR FITZGERALD & CO. |
| 05/05/2008 | U4 | INITIAL | Org CRD# 134 CANTOR FITZGERALD & CO. |
| 03/28/2008 | U5 | FULL | Org CRD# 7059 CITIGROUP GLOBAL MARKETS INC. |
| 10/09/2007 | U4 | AMENDMENT | Org CRD# 7059 CITIGROUP GLOBAL MARKETS INC. |
| 02/08/2007 | U4 | AMENDMENT | Org CRD# 7059 CITIGROUP GLOBAL MARKETS INC. |
| 07/29/2006 | U4 | CONVERSION | Org CRD# 7059 CITIGROUP GLOBAL MARKETS INC. |

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 10
Individual: 4443537 - GAPUSAN, JEFFREY ALAN
Administrative Information:


Filing History (cont):


| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 03/28/2006 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 01/24/2006 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 07/27/2005 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 04/18/2005 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 03/17/2005 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 03/16/2005 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 01/25/2005 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 09/09/2004 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 04/17/2002 | U4 | AMENDMENT | Org CRD# 7059<br>SALOMON SMITH BARNEY INC. |
| 04/17/2002 | U4 | AMENDMENT | Org CRD# 7059<br>SALOMON SMITH BARNEY INC. |
| 04/17/2002 | U4 | AMENDMENT | Org CRD# 7059<br>SALOMON SMITH BARNEY INC. |
| 02/15/2002 | U4 | AMENDMENT | Org CRD# 7059<br>SALOMON SMITH BARNEY INC. |
| 02/15/2002 | U4 | AMENDMENT | Org CRD# 7059<br>SALOMON SMITH BARNEY INC. |
| 09/28/2001 | U4 | AMENDMENT | Org CRD# 7059<br>SALOMON SMITH BARNEY INC. |
| 08/29/2001 | U4 | INITIAL | Org CRD# 7059<br>SALOMON SMITH BARNEY INC. |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 11
Individual: 4443537 - GAPUSAN, JEFFREY ALAN
Reportable Events:


Number of Reportable Events:
Bankruptcy:              0
Bond:                    0
Civil Judicial:          0
Criminal:                1
Customer Complaint:      0
Internal Review:         0
Investigation:           0
Judgment/Lien:           0
Regulatory Action:       0
Termination:             0

Occurrence:          1028294      Disclosure Type:      Criminal
FINRA Public Disclosable:  Y      Reportable:           Y
Material Difference in Disclosure:    N

    Rev. Form U-4 (08/1999)
    Form:              U-4      Received:              08/29/2001
    Source: Organization CRD# 7059
    Questions:        23B(1)(b)

    Criminal DRP Content


    1.  Organization:
    2.  Charges brought in:
        GENERAL COURT OF JUSTICE, DISTRICT COURT DIVISION OF ORANGE &
        CHATHAM COUNTIES HILLSBOROUGH, NC    CASE #:  91CR3297
    3.  Event Disclosure Detail
        (A) Date First Charged/Explanation:          12/18/1990
        (B) Event Disclosure Detail:
            NORTH CAROLINA CODE GS 20-30:  TO DISPLAY IDENTIFICATION KNOWING
            SAME TO BE ALTERED  1. ONE COUNT  2. MISDEMEANOR  3. GUILTY
        (C) Involve a felony:                        N
        (D) Current Status:                          Final
        (E) Event Status Date/Explanation:           04/03/1991
    4.  Disposition Disclosure Detail:
        A.  DEFERRED PROSECUTION  B.  04/03/1991  C.  $50 FINE, 50 HOURS
        COMMUNITY SERVICE  D.  N/A  E.  04/03/1991  F.  $50  G.
        04/03/1991
    5.  Comment:
        ON DECEMBER 18, 1990, I ATTEMPTED TO ENTER A BAR IN CHAPEL HILL,
        NC WHILE UNDER THE AGE OF 21.  I WAS DETAINED BY NORTH CAROLINA
        ALCOHOL LAW ENFORCEMENT AND CHARGED WITH CODE VIOLATION GS 20-30,

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                Page 12
Individual: 4443537 - GAPUSAN, JEFFREY ALAN
Reportable Events:

        TO DISPLAY IDENTIFICATION KNOWING SAME TO BE ALTERED.
    SUBSEQUENTLY, I APPEARED IN DISTRICT COURT ON  04/03/1991 AND
    OFFERED DEFFERRED PROSECUTION.  ACCEPTED THIS AND PAID $50 FINE
    AND COMPLETED 50 HOURS  COMMUNITY SERVICE AT THE UNIVERSITY OF
    NORTH CAROLINA.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 13
Individual: 4443537 - GAPUSAN, JEFFREY ALAN
Regulator Archive and Z Records:

  <<No Regulator Archive and Z Records found for this Individual.>>



# DONALD QUINTIN
CRD# 2641751

**Currently employed by and registered with the following FINRA Firms:**

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED
2 - 4 WORLD FINANCIAL CENTER
NEW YORK, NY 10080
CRD# 7691
Registered with this firm since: 12/2007

# Report Summary for this Broker

The report summary provides an overview of the broker's professional background and conduct. The individual broker, a FINRA-registered firm(s), and/or securities regulator(s) have provided the information contained in this report as part of the securities industry's registration and licensing process. The information contained in this report was last updated by either the broker, a previous employing brokerage firm, or a securities regulator on 02/29/2008.

## Broker Qualifications

This broker is registered with:

• 8 Self-Regulatory Organizations
• 1 U.S. state or territory

Is this broker currently suspended or inactive with any regulator? No

This broker has passed:

• 0 Principal/Supervisory Exams
• 1 General Industry/Product Exam
• 1 State Securities Law Exam

## Registration and Employment History

This broker was previously registered with the following FINRA firms:

CITIGROUP GLOBAL MARKETS INC.
CRD# 7059
01/2000 - 11/2007

For additional registration and employment history details as reported by the broker, refer to the Registration and Employment History section of this report.

## Disclosure of Customer Disputes, Disciplinary, and Regulatory Events

This section includes details regarding disclosure events reported by or about this broker to CRD as part of the securities industry registration and licensing process. Examples of such disclosure events include formal investigations and disciplinary actions initiated by regulators, customer disputes, certain criminal charges and/or convictions, as well as financial disclosures, such as bankruptcies and unpaid judgments or liens.

Are there events disclosed about this broker?  No

```
2641751 - QUINTIN, DONALD                                    3
     Reportable Events                                      15
     Regulator Archive and Z Records                        16
```

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 2

Details for Request# 4718401
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 2641751 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| User Initials | SDT |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 3
Individual: 2641751 - QUINTIN, DONALD
Administrative Information:


Composite Information:
Full Legal Name:                    QUINTIN, DONALD

Year of Birth:                      1972
State of Residence:                 NY

Current Employing Firm:             MERRILL LYNCH, PIERCE, FENNER & SMITH

                                    INCORPORATED (7691)

  Firm Main Address:                4 WORLD FINANCIAL CENTER
                                    NEW YORK
                                    NY , UNITED STATES
                                    10281
  Firm Mailing Address:             ATTN: MARLA MOSKOWITZ-HESSE
                                    222 BROADWAY, 16TH FLOOR
                                    NEW YORK
                                    NY , UNITED STATES
                                    10038
  Business Telephone #:             212-449-1000
  Independent Contractor:           No

  Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 289073 | 080-3LF | 080-3LF | 11/01/2007 | | 2 - 4 WORLD FINANCIAL CENTER NEW YORK, NY  10080 UNITED STATES |
| | Registered Location?    Y    Type of Office:    Located At | | | | |


Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?      CLEAR


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 4
Individual: 2641751 - QUINTIN, DONALD
Administrative Information:


Registered With Multiple Firms?     No
Material Difference in Disclosure?   No


Personal Information:
Individual CRD#:              2641751

Other Names Known By:        QUINTIN, DONALD JOHN

Year of Birth:               1972


Registrations with Current Employer(s):

From 11/01/2007 To Present:        MERRILL LYNCH, PIERCE, FENNER & SMITH
                                   INCORPORATED(7691)

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX  | GS | 12/12/2007 | APPROVED   | 12/12/2007 |
| ARCA  | GS | 12/12/2007 | APPROVED   | 12/12/2007 |
| CBOE  | GS | 12/12/2007 | APPROVED   | 12/12/2007 |
| FINRA | GP | 02/29/2008 | DEFICIENT  |            |
| FINRA | GS | 12/12/2007 | APPROVED   | 12/12/2007 |
| ISE   | GS | 01/28/2008 | APPROVED   | 01/28/2008 |
| NQX   | GS | 12/12/2007 | APPROVED   | 12/12/2007 |
| NY    | AG | 12/12/2007 | APPROVED   | 12/12/2007 |
| NYSE  | GS | 12/12/2007 | APPROVED   | 12/12/2007 |
| PHLX  | GS | 12/12/2007 | APPROVED   | 12/12/2007 |


Registrations with Previous Employer(s):


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 5
Individual: 2641751 - QUINTIN, DONALD
Administrative Information:
```

Registrations with Previous Employer(s) (cont):

From 04/21/1997 To 10/28/2007    CITIGROUP GLOBAL MARKETS INC.(7059)
Reason for Termination:          Voluntary
Termination Comment:

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AK | AG | 11/15/2007 | TERMED | 05/27/2004 |
| AL | AG | 11/15/2007 | TERMED | 05/27/2004 |
| AMEX | GS | 11/15/2007 | TERMED | 01/05/2000 |
| AMEX | GS | 11/15/2007 | T_NOREG | |
| AR | AG | 11/15/2007 | TERMED | 05/27/2004 |
| ARCA | GP | 11/15/2007 | T_NOREG | |
| ARCA | GS | 11/15/2007 | T_NOREG | |
| ARCA | GS | 11/15/2007 | TERMED | 01/05/2000 |
| AZ | AG | 11/15/2007 | TERMED | 05/27/2004 |
| CA | AG | 11/15/2007 | TERMED | 05/27/2004 |
| CBOE | GS | 11/15/2007 | TERMED | 01/05/2000 |
| CBOE | GS | 11/15/2007 | T_NOREG | |
| CO | AG | 11/15/2007 | TERMED | 05/27/2004 |
| CT | AG | 11/15/2007 | TERMED | 05/27/2004 |
| DC | AG | 11/15/2007 | TERMED | 05/27/2004 |
| DE | AG | 11/15/2007 | TERMED | 05/27/2004 |
| FINRA | GP | 11/15/2007 | T_NOREG | |
| FINRA | GS | 11/15/2007 | TERMED | 01/05/2000 |
| FINRA | GS | 11/15/2007 | T_NOREG | |
| FL | AG | 11/15/2007 | TERMED | 05/27/2004 |
| GA | AG | 11/15/2007 | TERMED | 05/27/2004 |
| HI | AG | 11/15/2007 | TERMED | 05/27/2004 |
| IA | AG | 11/15/2007 | TERMED | 05/27/2004 |
| ID | AG | 11/15/2007 | TERMED | 05/27/2004 |
| IL | AG | 11/15/2007 | TERMED | 05/27/2004 |
| IN | AG | 11/15/2007 | TERMED | 05/27/2004 |
| KS | AG | 11/15/2007 | TERMED | 05/27/2004 |
| KY | AG | 11/15/2007 | TERMED | 05/27/2004 |

# EXHIBIT B

Part 2 of 2

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 6
Individual: 2641751 - QUINTIN, DONALD
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| LA | AG | 11/15/2007 | TERMED | 06/01/2004 |
| MA | AG | 11/15/2007 | TERMED | 05/27/2004 |
| MD | AG | 11/15/2007 | TERMED | 05/27/2004 |
| ME | AG | 11/15/2007 | TERMED | 05/27/2004 |
| MI | AG | 11/15/2007 | TERMED | 05/27/2004 |
| MN | AG | 11/15/2007 | TERMED | 05/27/2004 |
| MO | AG | 11/15/2007 | TERMED | 05/27/2004 |
| MS | AG | 11/15/2007 | TERMED | 05/27/2004 |
| MT | AG | 11/15/2007 | TERMED | 05/27/2004 |
| NC | AG | 11/15/2007 | TERMED | 05/27/2004 |
| ND | AG | 11/15/2007 | TERMED | 05/27/2004 |
| NE | AG | 11/15/2007 | TERMED | 05/27/2004 |
| NH | AG | 11/15/2007 | TERMED | 05/27/2004 |
| NJ | AG | 11/15/2007 | TERMED | 05/27/2004 |
| NM | AG | 11/15/2007 | TERMED | 05/27/2004 |
| NQX | GP | 11/15/2007 | T_NOREG | |
| NQX | GS | 11/15/2007 | TERMED | 07/12/2006 |
| NV | AG | 11/15/2007 | TERMED | 05/27/2004 |
| NY | AG | 11/15/2007 | TERMED | 04/22/2003 |
| NY | AG | 05/23/2002 | T_NOREG | |
| NYSE | GS | 11/15/2007 | TERMED | 01/05/2000 |
| NYSE | GS | 11/15/2007 | T_NOREG | |
| OH | AG | 11/15/2007 | TERMED | 05/28/2004 |
| OK | AG | 11/15/2007 | TERMED | 05/27/2004 |
| OR | AG | 11/15/2007 | TERMED | 05/27/2004 |
| PA | AG | 11/15/2007 | TERMED | 05/27/2004 |
| PHLX | GS | 11/15/2007 | TERMED | 01/05/2000 |
| PHLX | GS | 11/15/2007 | T_NOREG | |
| PR | AG | 11/15/2007 | TERMED | 05/27/2004 |
| RI | AG | 11/15/2007 | TERMED | 05/27/2004 |
| SC | AG | 11/15/2007 | TERMED | 05/27/2004 |
| SD | AG | 11/15/2007 | TERMED | 05/27/2004 |
| TN | AG | 11/15/2007 | TERMED | 05/27/2004 |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 7
Individual: 2641751 - QUINTIN, DONALD
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| TX | AG | 11/15/2007 | TERMED | 05/27/2004 |
| UT | AG | 11/15/2007 | TERMED | 05/27/2004 |
| VA | AG | 11/15/2007 | TERMED | 05/27/2004 |
| VT | AG | 11/15/2007 | TERMED | 05/27/2004 |
| WA | AG | 11/15/2007 | TERMED | 05/27/2004 |
| WI | AG | 11/15/2007 | TERMED | 05/27/2004 |
| WV | AG | 11/15/2007 | TERMED | 05/27/2004 |
| WY | AG | 11/15/2007 | TERMED | 05/27/2004 |


Professional Designations:
   << None found for this Individual: QUINTIN, DONALD  >>


Employment History:

| From 11/2007 To Present: | Name: | MERRILL LYNCH |
| | Location: | NEW YORK, NY  USA |
| | Position: | MANAGING DIRECTOR |
| | Investment Related: | Yes |

| From 04/1997 To Present: | Name: | CITIGROUP GLOBAL MARKETS INC. |
| | Location: | NEW YORK, NY |
| | Position: | SPECIALIST |
| | Investment Related: | Yes |

| From 04/1997 To 11/2007 | Name: | CITIGROUP GLOBAL MARKETS/SALOMON BROTHERS |
| | Location: | NEW YORK, NY  USA |
| | Position: | MANAGING DIRECTOR |
| | Investment Related: | Yes |

| From 08/1995 To 03/1997 | Name: | BANKERS TRUST |
| | Location: | NY, NY |
| | Position: | OTHER - ANALYST |
| | Investment Related: | No |


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 8
Individual: 2641751 - QUINTIN, DONALD
Administrative Information:
```

Employment History (cont) :

```
From 07/1995 To 08/1995     Name:      OPPENHEIMER
                            Location:  NY, NY
                            Position:  OTHER - ANALYST
                            Investment Related:     No

From 06/1994 To 07/1995     Name:      BROWN & WOOD
                            Location:  NY, NY
                            Position:  OTHER - PARALEGAL CORP FIN.
                            Investment Related:     No

From 08/1990 To 05/1994     Name:      ST. LAWRENCE UNIVERSITY
                            Location:  CANTON, NY
                            Position:  STUDENT - STUDENT
                            Investment Related:     No

From 09/1986 To 06/1990     Name:      ESSEX JUNCTION H.S
                            Location:  ESSEX, NY
                            Position:  STUDENT
                            Investment Related:     No
```

Office of Employment History:

```
From 11/2007 To Present:
  Name:                     MERRILL LYNCH, PIERCE, FENNER & SMITH
                            INCORPORATED (7691)
  Independent Contractor:   No
```

Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 289073 | 080-3LF | 080-3LF | 11/01/2007 | | 2 - 4 WORLD FINANCIAL CENTER<br>NEW YORK, NY   10080<br>UNITED STATES |
| | Registered Location? | Y | Type of Office: | Located At | |

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 9
Individual: 2641751 - QUINTIN, DONALD
Administrative Information:


Office of Employment History (cont):

From 04/1997 To 10/2007
  Name:                          CITIGROUP GLOBAL MARKETS INC. (7059)
  Independent Contractor:        No

  Office of Employment Address:

     CRD      NYSE Branch Firm Billing Address      Address
     Branch # Code Number Code        Start Date End Date  Address
     89239    MNOFC-0     MNOFC-0     04/21/1997 10/28/2007 390 GREENWICH STREET
                                                           388 GREENWICH STREET
                                                           NEW YORK, NY  10013
                                                           UNITED STATES
              Registered Location?    Y   Type of Office:  Located At

                          500UY       04/21/1997 03/28/2006 390 GREENWICH STREET
                                                           NEW YORK, NY  10013
              Registered Location?    N   Type of Office:  Located At


From 07/1995 To 08/1995
  Name:                          OPPENHEIMER & CO., INC. (630)
  Independent Contractor:        No

  Office of Employment Address:

     CRD      NYSE Branch Firm Billing Address      Address
     Branch # Code Number Code        Start Date End Date  Address
                                      07/18/1995 08/01/1995 ONE WORLD FINANCIAL
                                                           CENTER
                                                           200 LIBERTY STREET
                                                           NEW YORK, NY  10281
              Registered Location?    N   Type of Office:


Other Business:
   <<No Other Business found for this Individual.>>




CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                           Page 10
Individual: 2641751 - QUINTIN, DONALD
Administrative Information:
```

Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|------|--------|-------------|-----------|-------|-------|--------------|
| S24 | OFFICIAL_RESULT | 06/17/2008 | 06/16/2008 | NO_SHOW | | 03/01/2008-06/29/2008 |
| S24 | SCHEDULED | 06/17/2008 | | | | 03/01/2008-06/29/2008 |
| S24 | OFFICIAL_RESULT | 04/23/2008 | 04/22/2008 | NO_SHOW | | 03/01/2008-06/29/2008 |
| S24 | EXPIRED | 08/28/2006 | | | | 04/27/2006-08/25/2006 |
| S24 | EXPIRED | 06/03/2005 | | | | 02/02/2005-06/02/2005 |
| S63 | OFFICIAL_RESULT | 04/21/2003 | 04/18/2003 | PASSED | 88 | 01/23/2003-05/23/2003 |
| S63 | EXPIRED | 05/29/2000 | | | | 01/28/2000-05/27/2000 |
| S7 | OFFICIAL_RESULT | 01/05/2000 | 01/04/2000 | PASSED | 89 | 10/04/1999-02/01/2000 |
| S7 | EXPIRED | 09/08/1999 | | | | 06/08/1999-09/08/1999 |

CE Regulatory Element Status:

Current CE Status:     SATISFIED

CE Base Date:        01/05/2000

Current CE
   <<No Current CE Session Found >>

Next CE

| Requirement Window | Requirement Type | Session |
|--------------------|------------------|---------|
| 01/05/2011-05/04/2011 | Anniversary | 101 |

CE Directed Sequence History
   <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
   <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status

| Requirement Type | Status | Previous Window | Session | Status Date | Result |
|------------------|--------|-----------------|---------|-------------|--------|
| Anniversary | REQUIRED | 01/05/2002-05/04/2002 | 101 | 01/05/2002 | 01/05/2002- |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 11
Individual: 2641751 - QUINTIN, DONALD
Administrative Information:
```

Previous CE Requirement Status (cont)

| Requirement Type | Status | Previous Window | Session | Status Date | Result |
|---|---|---|---|---|---|
| Anniversary | SATISFIED | 01/05/2002-05/04/2002 | 101 | 02/15/2002 | 02/15/2002-CMPLT |
| Anniversary | REQUIRED | 01/05/2005-05/04/2005 | 101 | 01/05/2005 | 01/05/2005- |
| Anniversary | SATISFIED | 01/05/2005-05/04/2005 | 101 | 03/03/2005 | 03/03/2005-CMPLT |
| Anniversary | REQUIRED | 01/05/2008-05/03/2008 | 101 | 01/07/2008 | 01/07/2008- |
| Anniversary | SATISFIED | 01/05/2008-05/03/2008 | 101 | 04/22/2008 | 04/22/2008-CMPLT |

Filing History:

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 02/29/2008 | U4 | AMENDMENT | Org CRD# 7691 MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED |
| 01/28/2008 | U4 | AMENDMENT | Org CRD# 7691 MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED |
| 12/12/2007 | U4 | RELICENSE | Org CRD# 7691 MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED |
| 11/15/2007 | U5 | FULL | Org CRD# 7059 CITIGROUP GLOBAL MARKETS INC. |
| 10/10/2007 | U4 | AMENDMENT | Org CRD# 7059 CITIGROUP GLOBAL MARKETS INC. |
| 10/04/2007 | NRF | INITIAL | Org CRD# 7691 MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED |
| 01/29/2007 | U4 | AMENDMENT | Org CRD# 7059 CITIGROUP GLOBAL MARKETS INC. |
| 01/08/2007 | U4 | AMENDMENT | Org CRD# 7059 CITIGROUP GLOBAL MARKETS INC. |

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008
                                                        Page 12
Individual: 2641751 - QUINTIN, DONALD
Administrative Information:


Filing History (cont):
```

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 08/16/2006 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 07/29/2006 | U4 | CONVERSION | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 04/26/2006 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 03/28/2006 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 01/24/2006 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 07/27/2005 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 03/17/2005 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 02/01/2005 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 01/24/2005 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 09/07/2004 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 05/27/2004 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 04/22/2003 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 02/25/2003 | U4 | AMENDMENT | Org CRD# 7059<br>SALOMON SMITH BARNEY INC. |
| 01/22/2003 | U4 | AMENDMENT | Org CRD# 7059<br>SALOMON SMITH BARNEY INC. |
| 05/23/2002 | U5 | PARTIAL | Org CRD# 7059<br>SALOMON SMITH BARNEY INC. |
| 01/28/2000 | U4 | AMENDMENT | Org CRD# 7059<br>SALOMON SMITH BARNEY INC. |
| 01/21/2000 | NRF | AMENDMENT | Org CRD# 630<br>CIBC WORLD MARKETS CORP. |
| 10/04/1999 | U4 | AMENDMENT | Org CRD# 7059<br>SALOMON SMITH BARNEY INC. |

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 13
Individual: 2641751 - QUINTIN, DONALD
Administrative Information:
```

Filing History (cont):

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 07/05/1999 | U4 | CONVERSION | Org CRD# 7059 SALOMON SMITH BARNEY INC. |

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 14
Individual: 2641751 - QUINTIN, DONALD
Administrative Information:


Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 15
Individual: 2641751 - QUINTIN, DONALD
Reportable Events:


   <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 16
Individual: 2641751 - QUINTIN, DONALD
Regulator Archive and Z Records:

   <<No Regulator Archive and Z Records found for this Individual.>>

# JAIME REYERO ALDAMA

CRD# 5060751

**Currently employed by and registered with the following FINRA Firms:**

**LEHMAN BROTHERS INC.**
745 7TH AVENUE
NEW YORK, NY 10019
CRD# 7506
Registered with this firm since: 11/2007

# Report Summary for this Broker

The report summary provides an overview of the broker's professional background and conduct. The individual broker, a FINRA-registered firm(s), and/or securities regulator(s) have provided the information contained in this report as part of the securities industry's registration and licensing process. The information contained in this report was last updated by either the broker, a previous employing brokerage firm, or a securities regulator on 03/05/2008

## Broker Qualifications

**This broker is registered with:**

- 8 Self-Regulatory Organizations
- 1 U.S. state or territory

Is this broker currently suspended or inactive with any regulator? **No**

**This broker has passed:**

- 0 Principal/Supervisory Exams
- 1 General Industry/Product Exam
- 1 State Securities Law Exam

## Registration and Employment History

This broker was previously registered with the following FINRA firms:

**CITIGROUP GLOBAL MARKETS INC.**
CRD# 7059
02/2006 - 10/2007

For additional registration and employment history details as reported by the broker, refer to the Registration and Employment History section of this report.

## Disclosure of Customer Disputes, Disciplinary, and Regulatory Events

This section includes details regarding disclosure events reported by or about this broker to CRD as part of the securities industry registration and licensing process. Examples of such disclosure events include formal investigations and disciplinary actions initiated by regulators, customer disputes, certain criminal charges and/or convictions, as well as financial disclosures, such as bankruptcies and unpaid judgments or liens.

Are there events disclosed about this broker?  **No**

5060751 - REYERO ALDAMA, JAIME                              3
     Reportable Events                                     13
     Regulator Archive and Z Records                       14

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934. The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing. The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators. The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information. FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA). FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators. Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms. Non-Reportable Information: Information that is not
currently reportable on a uniform registration form. Information
typically is not reportable because it is out-of-date; it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information. Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record. Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 2

Details for Request# 4718398
Report: Snapshot - Individual

Parameter Name                          Value


Request by CRD # or SSN:                CRD #
Individual CRD # or SSN                  5060751
Include Personal Information?           Yes
Include All Registrations with
Employments:                            Both Current and Previous
                                        Employments
Include All Registrations for
Current and/or Previous
Employments with:                       All Regulators
Include Professional Designations?      Yes
Include Employment History?             Yes
Include Other Business                  Yes
Include Exam Information?               Yes
Include Continuing Education
Information?                            Yes
Include Filing History?                 Yes
Include Current Reportable
Disclosure Information?                 Yes
Include Regulator Archive and Z
Record Information?                     Yes
User Initials                           SDT

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 3
Individual: 5060751 - REYERO ALDAMA, JAIME
Administrative Information:


Composite Information:
Full Legal Name:             REYERO ALDAMA, JAIME

Year of Birth:               1973
State of Residence:          NY

Current Employing Firm:      LEHMAN BROTHERS INC. (7506)

  Firm Main Address:         745 SEVENTH AVENUE
                             NEW YORK
                             NY , UNITED STATES
                             10019
  Firm Mailing Address:      1271 AVENUE OF THE AMERICAS
                             42ND FLOOR
                             NEW YORK
                             NY , UNITED STATES
                             10020
  Business Telephone #:      212-526-7000
  Independent Contractor:    No

  Office of Employment Address:

    CRD      NYSE Branch Firm Billing Address      Address
    Branch # Code Number Code      Start Date End Date  Address
    81089    00665       FID       11/05/2007            745 7TH AVENUE
                                                         NEW YORK, NY  10019
                                                         UNITED STATES
             Registered Location?    Y   Type of Office:  Located At


Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?    CLEAR
Registered With Multiple Firms?  No
Material Difference in Disclosure?  No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.
```

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 4
Individual: 5060751 - REYERO ALDAMA, JAIME
Administrative Information:


Personal Information:
Individual CRD#:                    5060751

Other Names Known By:               ALDAMA, JAIME
                                    REYEROALDAMA, JAIME
                                    REYERO, JAIME
                                    REYERO ALDAMA, JAIME
                                    REYERO-ALDAMA, JAMIE


Year of Birth:                      1973
```

Registrations with Current Employer(s):

From 11/05/2007 To Present:         LEHMAN BROTHERS INC.(7506)

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX  | GS | 11/06/2007 | APPROVED | 11/06/2007 |
| ARCA  | GS | 11/06/2007 | APPROVED | 11/06/2007 |
| CBOE  | GS | 11/06/2007 | APPROVED | 11/06/2007 |
| FINRA | GS | 11/06/2007 | APPROVED | 11/06/2007 |
| ISE   | GS | 11/08/2007 | APPROVED | 11/08/2007 |
| NQX   | GS | 11/06/2007 | APPROVED | 11/06/2007 |
| NY    | AG | 11/06/2007 | APPROVED | 11/06/2007 |
| NYSE  | GS | 11/06/2007 | APPROVED | 11/06/2007 |
| PHLX  | GS | 11/06/2007 | APPROVED | 11/06/2007 |

Registrations with Previous Employer(s):

```
From 07/11/2005 To 10/18/2007       CITIGROUP GLOBAL MARKETS INC.(7059)
Reason for Termination:             Voluntary
Termination Comment:
```

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                        Page 5
Individual: 5060751 - REYERO ALDAMA, JAIME
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AK | AG | 10/29/2007 | TERMED | 08/07/2006 |
| AL | AG | 10/29/2007 | TERMED | 08/07/2006 |
| AMEX | GS | 10/29/2007 | TERMED | 02/17/2006 |
| AR | AG | 10/29/2007 | TERMED | 08/07/2006 |
| ARCA | GS | 10/29/2007 | TERMED | 02/17/2006 |
| AZ | AG | 10/29/2007 | TERMED | 08/07/2006 |
| CA | AG | 10/29/2007 | TERMED | 08/07/2006 |
| CBOE | GS | 10/29/2007 | TERMED | 02/17/2006 |
| CO | AG | 10/29/2007 | TERMED | 08/07/2006 |
| CT | AG | 10/29/2007 | TERMED | 08/07/2006 |
| DC | AG | 10/29/2007 | TERMED | 08/07/2006 |
| DE | AG | 10/29/2007 | TERMED | 08/07/2006 |
| FINRA | GS | 10/29/2007 | TERMED | 02/17/2006 |
| FL | AG | 10/29/2007 | TERMED | 08/07/2006 |
| GA | AG | 10/29/2007 | TERMED | 08/07/2006 |
| HI | AG | 10/29/2007 | TERMED | 08/07/2006 |
| IA | AG | 10/29/2007 | TERMED | 08/07/2006 |
| ID | AG | 10/29/2007 | TERMED | 08/07/2006 |
| IL | AG | 10/29/2007 | TERMED | 08/07/2006 |
| IN | AG | 10/29/2007 | TERMED | 08/07/2006 |
| KS | AG | 10/29/2007 | TERMED | 08/07/2006 |
| KY | AG | 10/29/2007 | TERMED | 08/07/2006 |
| LA | AG | 10/29/2007 | TERMED | 08/07/2006 |
| MA | AG | 10/29/2007 | TERMED | 08/07/2006 |
| MD | AG | 10/29/2007 | TERMED | 08/07/2006 |
| ME | AG | 10/29/2007 | TERMED | 08/07/2006 |
| MI | AG | 10/29/2007 | TERMED | 08/07/2006 |
| MN | AG | 10/29/2007 | TERMED | 08/07/2006 |
| MO | AG | 10/29/2007 | TERMED | 08/07/2006 |
| MS | AG | 10/29/2007 | TERMED | 08/07/2006 |
| MT | AG | 10/29/2007 | TERMED | 08/07/2006 |
| NC | AG | 10/29/2007 | TERMED | 08/07/2006 |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 6
Individual: 5060751 - REYERO ALDAMA, JAIME
Administrative Information:
```

Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|-----------------------|-------------|---------------------|---------------|
| ND | AG | 10/29/2007 | TERMED | 08/07/2006 |
| NE | AG | 10/29/2007 | TERMED | 08/07/2006 |
| NH | AG | 10/29/2007 | TERMED | 08/07/2006 |
| NJ | AG | 10/29/2007 | TERMED | 08/07/2006 |
| NM | AG | 10/29/2007 | TERMED | 08/07/2006 |
| NQX | GS | 10/29/2007 | TERMED | 07/12/2006 |
| NV | AG | 10/29/2007 | TERMED | 08/07/2006 |
| NY | AG | 10/29/2007 | TERMED | 04/20/2006 |
| NYSE | GS | 10/29/2007 | TERMED | 02/17/2006 |
| OH | AG | 10/29/2007 | TERMED | 08/08/2006 |
| OK | AG | 10/29/2007 | TERMED | 08/07/2006 |
| OR | AG | 10/29/2007 | TERMED | 08/07/2006 |
| PA | AG | 10/29/2007 | TERMED | 08/07/2006 |
| PHLX | GS | 10/29/2007 | TERMED | 02/17/2006 |
| PR | AG | 10/29/2007 | TERMED | 08/07/2006 |
| RI | AG | 10/29/2007 | TERMED | 08/07/2006 |
| SC | AG | 10/29/2007 | TERMED | 08/07/2006 |
| SD | AG | 10/29/2007 | TERMED | 08/07/2006 |
| TN | AG | 10/29/2007 | TERMED | 08/07/2006 |
| TX | AG | 10/29/2007 | TERMED | 08/07/2006 |
| UT | AG | 10/29/2007 | TERMED | 08/07/2006 |
| VA | AG | 10/29/2007 | TERMED | 08/07/2006 |
| VT | AG | 10/29/2007 | TERMED | 08/07/2006 |
| WA | AG | 10/29/2007 | TERMED | 08/07/2006 |
| WI | AG | 10/29/2007 | TERMED | 08/07/2006 |
| WV | AG | 10/29/2007 | TERMED | 08/07/2006 |
| WY | AG | 10/29/2007 | TERMED | 08/07/2006 |

Professional Designations:
   << None found for this Individual: REYERO ALDAMA, JAIME   >>

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                        Page 7
Individual: 5060751 - REYERO ALDAMA, JAIME
Administrative Information:


Employment History:

From 11/2007 To Present:    Name:        LEHMAN BROTHERS INC
                            Location:    NEW YORK, NY
                            Position:    SVP
                            Investment Related:      Yes

From 07/2005 To 10/2007     Name:        CITIGROUP GLOBAL MARKETS INC.
                            Location:    NEW YORK, NY  USA
                            Position:    TRADER
                            Investment Related:      Yes

From 08/2003 To 07/2005     Name:        CITIGROUP GLOBAL MARKETS
                            Location:    LONDON,    UK
                            Position:    VP
                            Investment Related:      Yes

From 01/2002 To 08/2003     Name:        JP MORGAN CHASE LONDON
                            Location:    LONDON,    UK
                            Position:    AVP
                            Investment Related:      Yes

From 08/2000 To 01/2002     Name:        SOCIETE GENERALE
                            Location:    LONDON,    UK
                            Position:    SUPERVISOR
                            Investment Related:      Yes

From 12/1999 To 08/2000     Name:        SOCIETE GENERALE
                            Location:    MADRID,    SPAIN
                            Position:    SUPERVISOR
                            Investment Related:      Yes

From 08/1998 To 08/1999     Name:        UNIVERSITY COLLEGE DUBLIN
                            Location:    DUBLIN,    IRELAND
                            Position:    MASTER OF ECONOMICS
                            Investment Related:      No

From 08/1994 To 08/1998     Name:        UNIVERSITY COLLEGE DUBLIN
                            Location:    DUBLIN,    IRELAND
                            Position:    BACHELOR OF COMMERCE
                            Investment Related:      No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 8
Individual: 5060751 - REYERO ALDAMA, JAIME
Administrative Information:


Office of Employment History:

From 11/2007 To Present:
    Name:                          LEHMAN BROTHERS INC. (7506)
    Independent Contractor:        No

    Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 81089 | 00665 | FID | 11/05/2007 | | 745 7TH AVENUE NEW YORK, NY  10019 UNITED STATES |

                Registered Location?    Y   Type of Office:   Located At


From 07/2005 To 10/2007
    Name:                          CITIGROUP GLOBAL MARKETS INC. (7059)
    Independent Contractor:        No

    Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 89239 | MNOFC-0 | MNOFC-0 | 07/11/2005 | 10/18/2007 | 390 GREENWICH STREET 388 GREENWICH STREET NEW YORK, NY  10013 UNITED STATES |

                Registered Location?    Y   Type of Office:   Located At


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 9
Individual: 5060751 - REYERO ALDAMA, JAIME
Administrative Information:


   Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| BD Main | MNOFC-0 | | 07/11/2005 | 03/28/2006 | 390 - 388 GREENWICH STREET NEW YORK, NY 10013-2396 UNITED STATES |
| | Registered Location? | Y | Type of Office: | | Located At |


Other Business:
   <<No Other Business found for this Individual.>>


Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|---|---|---|---|---|---|---|
| S63 | OFFICIAL_RESULT | 03/20/2006 | 03/17/2006 | PASSED | 76 | 12/02/2005-04/01/2006 |
| S7 | OFFICIAL_RESULT | 02/17/2006 | 02/16/2006 | PASSED | 84 | 11/23/2005-03/23/2006 |


CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:        02/17/2006

Current CE
   <<No Current CE Session Found >>

Next CE

| Requirement Window | Requirement Type | Session |
|---|---|---|
| 02/17/2011-06/16/2011 | Anniversary | 101 |


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 10
Individual: 5060751 - REYERO ALDAMA, JAIME
Administrative Information:
```

CE Directed Sequence History
  <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
  <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status

| Requirement Type | Status | Previous Window | Session | Status Date | Result |
|---|---|---|---|---|---|
| Anniversary | REQUIRED | 02/17/2008-06/15/2008 | 101 | 02/18/2008 | 02/18/2008- |
| Anniversary | SATISFIED | 02/17/2008-06/15/2008 | 101 | 03/12/2008 | 03/12/2008-<br>CMPLT |

Filing History:

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 03/05/2008 | U4 | AMENDMENT | Org CRD# 7506<br>LEHMAN BROTHERS INC. |
| 11/08/2007 | U4 | AMENDMENT | Org CRD# 7506<br>LEHMAN BROTHERS INC. |
| 11/06/2007 | U4 | RELICENSEBD | Org CRD# 7506<br>LEHMAN BROTHERS INC. |
| 11/05/2007 | NRF | INITIAL | Org CRD# 7506<br>LEHMAN BROTHERS INC. |
| 10/29/2007 | U5 | FULL | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 10/09/2007 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 08/07/2006 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 07/29/2006 | U4 | CONVERSION | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 04/21/2006 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |
| 04/20/2006 | U4 | AMENDMENT | Org CRD# 7059<br>CITIGROUP GLOBAL MARKETS INC. |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 11
Individual: 5060751 - REYERO ALDAMA, JAIME
Administrative Information:


Filing History (cont):


Filing Date    Form Type    Filing Type      Source

03/28/2006     U4           AMENDMENT        Org CRD# 7059
                                             CITIGROUP GLOBAL MARKETS INC.
01/24/2006     U4           AMENDMENT        Org CRD# 7059
                                             CITIGROUP GLOBAL MARKETS INC.
12/01/2005     U4           AMENDMENT        Org CRD# 7059
                                             CITIGROUP GLOBAL MARKETS INC.
11/29/2005     U4           AMENDMENT        Org CRD# 7059
                                             CITIGROUP GLOBAL MARKETS INC.
11/22/2005     U4           INITIAL          Org CRD# 7059
                                             CITIGROUP GLOBAL MARKETS INC.
```

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                              Page 12
Individual: 5060751 - REYERO ALDAMA, JAIME
Administrative Information:


Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 13
Individual: 5060751 - REYERO ALDAMA, JAIME
Reportable Events:


  <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 06/19/2008 11:40 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: Florida
Request Submitted: 06/20/2008                                    Page 14
Individual: 5060751 - REYERO ALDAMA, JAIME
Regulator Archive and Z Records:

  <<No Regulator Archive and Z Records found for this Individual.>>