UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC., <br><br> Plaintiff, <br><br> v. <br><br> VCG SPECIAL OPPORTUNITIES MASTER FUND LIMITED, f/k/a CDO PLUS MASTER FUND LIMITED, <br><br> Defendant. | No. 08 Civ. 5520 <br><br> **STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties to the above action that the time within which Plaintiff shall file its reply brief in further support of its motion for a preliminary injunction is hereby extended through and including August 15, 2008.

Dated: New York, New York
July 31, 2008

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Allan J. Arffa
David W. Wang

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
aarffa@paulweiss.com
dwang@paulweiss.com
*Attorneys for Plaintiff*

DREIER LLP

By: _____
Joshua H. Epstein
Alan S. Gruber

499 Park Avenue
New York, New York 10022
(212) 328-6100
jepstein@dreierllp.com
agruber@dreierllp.com
*Attorneys for Defendant*

SO ORDERED:

_____
Barbara S. Jones, U.S.D.J.
8/1/08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08
```