```
ORIGINAL
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CITIGROUP GLOBAL MARKETS, INC.,

        Plaintiff,

     -against-                                    ORDER

VCG SPECIAL OPPORTUNITIES MASTER FUND,     08 Civ. 5520 (BSJ)(KNF)

        Defendant.
-----------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on October 6, 2009, at 3:00 p.m. The telephonic conference shall be initiated by counsel to the defendant to (212) 805-6705.

Dated: New York, New York
       October 2, 2009            SO ORDERED:

                                           _____
                                           KEVIN NATHANIEL FOX
                                           UNITED STATES MAGISTRATE JUDGE